**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOHN L. BARBER, SB# 160317
  E-Mail: John.Barber@lewisbrisbois.com
650 Town Center Drive, Suite 1400
Costa Mesa, California 92626
Telephone: 714.545.9200
Facsimile: 714.850.1030

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
GARY K. BRUCKER, JR., SB# 238644
  E-Mail: Gary.Brucker@lewisbrisbois.com
701 B Street, Suite 1900
San Diego, California 92101
Telephone: 619.233.1006
Facsimile: 619.233.8627

Attorneys for Defendant AVIDAS PHARMACEUTICALS, LLC, a limited liability company

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD, INC., a corporation, and DIANNE YORK-GOLDMAN, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company, and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. **'17CV1124 MMA WVG**<br><br>**DEFENDANT AVIDAS PHARMACEUTICALS, LLC'S CERTIFICATE OF INTERESTED PARTIES**<br><br>Trial Date:    None Set |

4830-0443-9625.1

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 40.2, defendant Avidas Pharmaceuticals, LLC ("Avidas") hereby provides the following statement of financial interest: Margaret Gardner is the majority shareholder of Avidas. No other person or entity owns more than 10% of Avidas.

DATED: June 2, 2017          Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Gary K. Brucker, Jr.
Gary K. Brucker, Jr.
Attorneys for Defendant AVIDAS PHARMACEUTICALS, LLC, a limited liability company

4830-0443-9625.1

1

DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES