United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

# NOTICE OF E-FILED DOCUMENT DISCREPANCY

| | |
|---|---|
| CASE NUMBER: | 17cv1124-MMA (WVG) |
| TITLE: | La Jolla Spa MD, Inc., et al. v. Avidas Pharmaceuticals, LLC, et al. |
| E-FILED DATE: 11/14/2017 | DOCUMENT NO.: 11 |
| DOCUMENT TITLE: | Plaintiffs' First Amended Complaint |
| DOCUMENT FILED BY: | Plaintiffs |

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

Other: Untimely filed and non-compliant with the Court's Order [Doc. No. 10] regarding the claims brought by Plaintiff Dianne York-Goldman and the causes of action for breach of covenant of good faith and fair dealing and unjust enrichment and/or for quantum meruit.

**IT IS HEREBY ORDERED:**

☐ The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record.

☒ The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties.

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Dated: November 14, 2017

*Michael M. Anello*

Hon. Michael M. Anello
United States District Judge