James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC.,<br><br>　　Plaintiff,<br>　　　　vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>　　Defendants. | CASE NO. 17-cv-1124-MMA (WVG)<br><br>NOTICE OF MOTION AND MOTION FOR SANCTIONS AGAINST DEFENDANT'S COUNSEL<br><br>Judge:  Hon. William V. Gallo<br>Date:  August 16, 2019<br>Time:  9:00 a.m.<br>Courtroom:  2B |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT on August 16, 2019 at 9:00 a.m. in Courtroom 2B of this Court, located at 221 West Broadway, San Diego, CA 92101, Plaintiff La Jolla Spa M.D., Inc. ("Plaintiff") will and hereby does move for sanctions in the amount of $28,502.03 against Defendant Avidas Pharmaceuticals, LLC's counsel, Julie Chovanes, pursuant to F.R.C.P. 30(d)(2) and 28 U.S.C. § 1927 related to her misconduct during the May 3, 2019 30(b)(6) deposition of Avidas.

    Ms. Chovanes' misconduct includes, but is not limited to, instructing the witness not to answer on impermissible grounds (39 times), instructed the examiner on how to pose the questions (39 times), initiating or attempting to initiate unnecessary colloquy (15 times), unnecessarily "noting" things for the record (17 times), making speaking/coaching objections (21 times), and engaging in discourteous and bellicose behavior toward the examiner during the deposition.

    Said motion will be based on this notice, the memorandum of points and authorities, the declarations filed herewith and exhibits, the notice of lodgment of video deposition clips, the complete files and records in this action, and any other information and argument provided at the time of the hearing.

Dated: June 10, 2019            **JAMES T. RYAN, P.C.**

                            By  *s/ James T. Ryan*
                                James T. Ryan, Attorney for Plaintiff