## APPENDIX A

| Instruction not to answer on impermissible grounds | Instructions on how to pose questions | Initiating or attempting to initiate unnecessary colliquy | Unnecessarily "noting" things for the record | Suggestive objections | Discourteous behavior towards examiner |
|---|---|---|---|---|---|
| 14:19-15:4 | 11:23-12:5 | 12:7-14:12 | 17:22-18:2 | 24:24-25:13 | 81:14-83:5 |
| 15:6-10 | 16:8-17:6 | 19:3-23:2 | 24:10-12 | 26:11-27:9 | 193:20-194:8 |
| 18:9-11 | 23:3-24:7 | 33:10-35:7 | 30:19-31:1 | 30:10-15 | |
| 19:5-19 | 25:25-26:9 | 46:22-49:11 | 56:17-20 | 32:4-16 | |
| 25:14-23 | 31:16-32:2 | 49:25-51:12 | 63:16-64:5 | 32:18-33:1 | |
| 28:3-22 | 37:7-12 | 61:10-62:18 | 102:6-11 | 52:23-53:6 | |
| 29:2-5 | 44:24-45:5 | 73:4-7 | 117:10-15 | 89:11-18 | |
| 29:7-9 | 58:9-24 | 74:12-24 | 157:7-15 | 104:19-105:1 | |
| 29:16-30:3 | 68:16-24 | 118:24-120:1 | 158:13-159:6 | 107:17-25 | |
| 30:5-8 | 70:25-71:10 | 153:3-7 | 170:13-25 | 151:6-152:22 | |
| 31:3-8 | 77:24-78:8 | 163:20-162:22 | 174:7-25 | 185:4-9 | |
| 33:12-19 | 79:13-16 | 175:4-176:6 | 187:8-188:14 | 191:17-21 | |
| 37:17-38:1 | 85:21-86:1 | 194:10-195:4 | 205:8-206:18 | 209:12-21 | |
| 39:25-40:16 | 88:24-89:9 | 241:10-243:4 | 235:1-2 | 220:6-11 | |
| 40-22-41:5 | 103:7-104:6 | 265:13-267:9 | 235:13-20 | 224:16-21 | |
| 41:23-42:5 | 109:21-110:11 | | 251:8-21 | 227:18-23 | |
| 44:13-45:1 | 113:7-13 | | 253:4-12 | 245:5-246:4 | |
| 45:10-20 | 116:3-16 | | | 248:4-12 | |
| 45:22-46:1 | 149:24-150:2 | | | 264:19-265:11 | |
| 46:9-18 | 154:6-11 | | | 268:14-22 | |
| 51:14-22 | 155:4-9 | | | 278:2-5 | |
| 52:16-22 | 160:3-9 | | | | |
| 53:13-22 | 160:11-20 | | | | |
| 53:24-54:4 | 180:6-18 | | | | |
| 60:4-61:8 | 192:23-193:9 | | | | |
| 68:15-69:12 | 193:14-18 | | | | |
| 70:9-23 | 196:15-23 | | | | |
| 73:10-12 | 201:5-16 | | | | |
| 75:22-76:2 | 201:21-202:13 | | | | |

# APPENDIX A

| Instruction not to answer on impermissible grounds | Instructions on how to pose questions | Initiating or attempting to initiate unnecessary colliquy | Unnecessarily "noting" things for the record | Suggestive objections | Discourteous behavior towards examiner |
|---|---|---|---|---|---|
| 78:11-19 | 202:21-203:19 | | | | |
| 79:6-16 | 223:7-13 | | | | |
| 84:19-85:2 | 223:15-22 | | | | |
| 109:12-19 | 226:20-227:7 | | | | |
| 117:17-118:4 | 227:24-228:13 | | | | |
| 118:10-20 | 230:1-8 | | | | |
| 150:7-18 | 243:6-13 | | | | |
| 208:12-23 | 246:12-25 | | | | |
| 220:24-221:5 | 250:4-18 | | | | |
| 271:14-22 | 267:11-17 | | | | |