James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC., <br><br> Plaintiff, <br> vs. <br><br> AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. 17-cv-1124-MMA (WVG) <br><br> NOTICE OF LODGMENT IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT'S COUNSEL <br><br> Judge:  Hon. William V. Gallo <br> Date:  August 16, 2019 <br> Time:  9:00 a.m. <br> Courtroom:  2B |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

 PLEASE TAKE NOTICE THAT Plaintiff La Jolla Spa M.D., Inc. hereby lodges with the Court a DVD containing 128 clips from the videotaped deposition of Avidas Pharmaceuticals, LLC, which are more specifically delineated on Appendix A to the Motion.

Dated: June 11, 2019          **JAMES T. RYAN, P.C.**

              By  *s/ James T. Ryan*
                James T. Ryan, Attorney for Plaintiff



# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1110 Glenville Drive #307, Los Angeles, California 90035.

On June 11, 2019, I served the foregoing Notice of Lodgment with accompanying DVD by U.S. mail to the following counsel of record:

    Julie Chovanes
    Chovanes Law LLC
    P.O. Box 4307
    Philadelphia, PA 19118
    jchovanes@chovanes.com

    Jennifer J. McGrath
    THEODORA ORINGHER PC
    1840 Century Park East, Suite 500
    Los Angeles, CA 90067
    jmcgrath@tocounsel.com

I declare under penalty of perjury that the foregoing is true. Executed on June 11, 2019 at Los Angeles, California.

By:  /s/ James T. Ryan
      James T. Ryan