James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC., | CASE NO. 17-cv-1124-MMA (WVG) |
| Plaintiff, | DECLARATION OF DIANNE M. YORK IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT'S COUNSEL |
| vs. | |
| AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive, | |
| Defendants. | Judge:  Hon. William V. Gallo<br>Date:  August 16, 2019<br>Time:  9:00 a.m.<br>Courtroom:  2B |

1

<u>DECLARATION OF DIANNE M. YORK</u>

I, Dianne M. York, declare as follows:

1. I am the President of Plaintiff La Jolla Spa MD, Inc. I have personal knowledge of the following facts.

2. On behalf of La Jolla Spa MD, Inc., I paid certain costs in connection with my counsel, James T. Ryan's, travel to Philadelphia to take the 30(b)(6) deposition of Avidas Pharmaceuticals, LLC.

3. On March 16, 2019, I purchased a one-way ticket for Mr. Ryan to travel to Philadelphia on American Airlines based on the originally noticed date for the deposition of Avidas, which was to take place on March 25, 2019. The reason it was a one-way ticket was because Mr. Ryan was going to travel from Los Angeles to Philadelphia and then from Philadelphia to Detroit for another deposition in this case. The one-way ticket from Los Angeles to Philadelphia was purchased using 125,000 reward points that I had accumulated. Attached as **Exhibit 1** is a true and correct copy of the receipt showing the purchase of the one-way ticket from Los Angeles to Philadelphia. Avidas cancelled the March 25 deposition on March 20. I have investigated what it would cost to re-purchase 125,000 reward points and the dollar value per 1,000 points is $12.50. Therefore, in order to replenish the points that I lost from the last-minute cancellation of the deposition it would cost $1,562.50.

4. On March 15, 2019, I purchased a one-way ticket from Philadelphia to Detroit on American Airlines, so that Mr. Ryan could travel to the deposition of EPI Printers (a third-party witness in this case) on March 27. Mr. Ryan was then going to return to Los Angeles after flying Philadelphia-Detroit-Los Angeles. When Avidas cancelled the March 25 deposition, the one-way ticket from Philadelphia to Detroit was cancelled and Mr. Ryan was rebooked on a round-trip ticket to Detroit for the EPI Printers deposition. The cancelled one-way ticket from

1    Philadelphia to Detroit cost $350.30.  Attached as **Exhibit 2** is a true and correct

2    copy of the ticket receipt.

3         5.    On April 19, 2019, I purchased a round-trip ticket for Mr. Ryan to

4    travel to Philadelphia for the deposition of Avidas, which was re-set to take place

5    on May 2, 2019.  That round-trip ticket cost $430.30, including a credit from the

6    cancelled one-way ticket and a ticket change fee.  Attached as **Exhibit 3** is a true

7    and correct copy of the ticket receipt.

8         6.    Inclusive of the foregoing, Mr. Ryan's airfare for the deposition in

9    Philadelphia cost $2,343.10.

10        7.    I booked Mr. Ryan's hotel accommodations in Philadelphia using

11   50,000 reward points ($25,000 for 2 nights).  At the dollar value of $12.50 per

12   1,000 points, it would cost me $625.00 to repurchase those points.  Attached as

13   **Exhibit 4** is a true and correct copy of hotel confirmation reflecting the points used.

14        8.    Attached as **Exhibit 5** is a true and correct copy of the $4,173.93

15   invoice from Aptus Court Reporting relating to the May 3, 2019 deposition of

16   Margaret Gardner.

17        9.    Based on the foregoing, I respectfully request that the Court award

18   $7,142.03 in costs related to Philadelphia deposition as sanctions in addition to the

19   attorney's fees requested in Mr. Ryan's Declaration.

20        I declare the foregoing under penalty of perjury under the laws of the United

21   States.  Executed on June 10, 2019 at Newport Beach, California.

22

23

24   _____
     Dianne M. York

25

26

27

28

**EXHIBIT 1**

# Booking Confirmed

## Trip Overview

**Booking Number: 4387892**

**Booking Date:** Sat, 03/16/19

**You Paid:** 125,000 Points $0.00

**Destinations:** Los Angeles, CA (LAX) - Philadelphia, PA (PHL)

**Dates:** Sun, 03/24/19

Confirmation details, including your eTicket number, itinerary and receipt have been emailed to JR@JAMESTRYAN.COM.

## Travelers

**JAMES RYAN**

1110 GLENVILLE DR. # 307

LOS ANGELES, CA, US

3109902889

**Booking Owner:** JAMES RYAN

**:** JAMES RYAN

## Flight

# LAX PHL

**American Airlines Flight 658**
**Supplier Confirmation: GALXQJ**
Depart:
11:47 AM
Sun, 03/24/19
Arrive:
8:00 PM
Sun, 03/24/19
Duration
5h 13m

**American Airlines Flight 658**
**Los Angeles, CA (LAX)**
**Philadelphia, PA (PHL)**
5h 13m - 2399 mi
AIRBUS, Economy (K)

# Payment Summary

Equivalent Points Price

| | |
|---|---|
| **Package Price** | 108,234 Points+$0.95 |
| **Taxes and Fees** | 11,766 Points+$0.00 |
| **Booking Fee** | 5,000 Points+$0.00 |
| **Total Cost:** | **125,000 Points+$0.00** |
| **You Paid:** | **125,000 Points+$0.00** |

# Terms & Conditions

Points price for flights includes Taxes & Fees collected by the airline at time of purchase. International departure or other applicable governmental taxes

Case 3:17-cv-04124-MMM-WVG Document 93-4 Filed 06/11/19 Page 8 of 18 Page 7 of 23

and fees may be collected at the airport. Some airlines charge fees for checked baggage. Please check with your airline for any additional charges. Car rental rates include taxes, fees and mandatory charges (varies by location). Rates for some locations in Europe also include additional coverage such as insurance. Unless otherwise noted, car rental rates do not include charges such as insurance waivers, fuel, additional or underage drivers, special equipment charges, etc. All such taxes, additional fees and charges for optional services must be paid directly to Hertz in cash, not Points. If you have selected Trip Insurance, this must be paid for separately with a credit card.

**EXHIBIT 2**

| | |
|---|---|
| **From:** | American Airlines |
| **To:** | James T Ryan |
| **Subject:** | Your trip confirmation-EMBPIJ 26MAR |
| **Date:** | Friday, March 15, 2019 4:16:15 PM |

Hello James Ryan!                                    Issued: Mar 15, 2019

## Your trip confirmation and receipt

Record locator: **EMBPIJ**

Manage Your Trip

## Tuesday, March 26, 2019

PHL                          DTW                          Seats: 13B
10:29 AM                 12:26 PM                 Class: Economy (V)
Philadelphia              Detroit                       Meals:

American Airlines 4865
OPERATED BY PIEDMONT AIRLINES AS AMERICAN
EAGLE.

Free entertainment with the American app »

## James Ryan

Earn miles with this trip.

Join AAdvantage »

Ticket # 0012343127142

# Your trip receipt

? Reprint

### James Ryan

| | |
|---|---|
| FARE-USD | $ 312.56 |
| TAXES AND CARRIER-IMPOSED FEES | $ 37.74 |
| **TICKET TOTAL** | **$ 350.30** |

---

**Book a hotel**

**Hotel offers**

Book a car

**Car rental offers**

**Buy trip insurance**

**SuperShuttle**

**SuperShuttle**

---

Contact us  |  Privacy policy

Get the American Airlines app

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.

If you have purchased a NON-REFUNDABLE fare the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE.. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel.  Once cancelled, your refund will be processed automatically.Refund Policy>>.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

**SERVICE & SUPPORT ANIMAL REQUIREMENTS**

For tickets issued on or after July 1, 2018, customers traveling with emotional support animals are required to submit documents to our Special Assistance Desk at least 48 hours in advance of travel for cabin accommodation. Your animal must be trained to behave properly in public. During your journey, if any form of disruptive behavior is observed that cannot be successfully corrected or controlled, your animal will not be permitted to fly with you in the cabin. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s).  This message contains confidential and proprietary

information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient.  If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message.   If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

NRID: 1523425619501518155245100

**EXHIBIT 3**

| | |
|---|---|
| **From:** | American Airlines |
| **To:** | James T Ryan |
| **Subject:** | Your trip confirmation-MQIQXH 01MAY |
| **Date:** | Friday, April 19, 2019 11:33:15 AM |

Hello James Ryan!                                          Issued: Apr 19, 2019



# Your trip confirmation and receipt

Record locator: **MQIQXH**

Manage Your Trip

## Wednesday, May 1, 2019

LAX                           PHL                      Seats: 29F
**7:20** AM                   **3:28** PM              Class: Economy (G)
Los Angeles                   Philadelphia             Meals:

American Airlines 1799

Free entertainment with the American app »

## Friday, May 3, 2019

PHL                           LAX                      Seats: 34C
**11:00** AM                  **2:13** PM              Class: Economy (S)
Philadelphia                  Los Angeles              Meals:

American Airlines 566

## James Ryan

### Earn miles with this trip.

Join AAdvantage »

Ticket # 0012349847328

# Your trip receipt

Exchange, Visa XXXXXXXXXXXXX1615

**James Ryan**

| | |
|---|---|
| FARE-USD | $ 513.49 |
| TAXES AND CARRIER-IMPOSED FEES | $ 67.11 |
| **TICKET TOTAL** | **$ 580.60** |
| ADDITIONAL FARE COLLECTION | $ 230.30 |
| TICKET CHANGE | $ 200.00 |



**Book a hotel**

**Hotel offers**

Book a car

**Car rental offers**

**Buy trip insurance**

**SuperShuttle**

**SuperShuttle**

Contact us  |  Privacy policy

Get the American Airlines app



Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

**Baggage Information**

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE - LAXPHL-No free checked bags/ American Airlines 1STCHECKED BAG FEE-LAXPHL-USD30.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-LAXPHL-USD40.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS BAG ALLOWANCE -PHLLAX-No free checked bags/ American Airlines 1STCHECKED BAG FEE-PHLLAX-USD30.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS 2NDCHECKED BAG FEE-PHLLAX-USD40.00/ American Airlines /UP TO 50 POUNDS/23 KILOGRAMS AND UP TO 62 LINEAR INCHES/158 LINEAR CENTIMETERS

CARRY ON ALLOWANCE LAXPHL PHLLAX-02 Pieces/ American Airlines 01/UP TO 40 LINEAR INCHES/101 LINEAR CENTIMETERS 01/UP TO 45 LINEAR INCHES/115 LINEAR CENTIMETERS ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY EMBARGOES-APPLY TO EACH PASSENGER LAXPHL PHLLAX-AA OVER 100 POUNDS/45 KILOGRAMS NOT PERMITTED

If you have purchased a NON-REFUNDABLE fare the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE.. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. You must log in on aa.com or Contact Reservations to cancel.  Once cancelled, your refund will be processed automatically.Refund Policy>>.

**Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.**

**SERVICE & SUPPORT ANIMAL REQUIREMENTS**

For travel on or after April 1, 2019, the policy for traveling with Emotional Support and Service animals has changed  Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage.  Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire.  Carriage of prohibited items may result in fines or in certain cases imprisonment.  Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid,  Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

**NOTICE OF INCORPORATED TERMS OF CONTRACT**

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage.  Other carriers on which you may be ticketed may have different conditions of carriage.  International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention.  Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold.  You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices.  You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers.  Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward to privacy@aa.com with an explanation, and then delete this message from your computer.

NRID: 232719276448191333021390

**EXHIBIT 4**

From: **Thanks for staying!** efolio@residenceinn.com
Subject: Your May 2, 2019 - May 4, 2019 stay at the Residence Inn Philadelphia Center City
Date: June 10, 2019 at 11:11 AM
To: DIANNE@dygbeauty.com DIANNE@DYGBEAUTY.COM



Thank you for choosing the Residence Inn Philadelphia Center City for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill**, please contact the hotel directly at (215) 557-0005.

Make another reservation on Marriott.com >>



Marriott Bonvoy members may receive this email automatically after every stay.

Modify your email preferences >>

**Summary of Your Stay**

**Hotel: Residence Inn Philadelphia Center City**
One East Penn Square
Philadelphia, Pennsylvania 19107
USA
(215) 557-0005

**Guest: DIANNE YORK**
LEISURE
7660 FAY AVE STE H
LA JOLLA, CA 92037-4843
USA

**Dates of stay:** May 02, 2019 - May 04, 2019
**Guest number:** 70144
**Marriott Bonvoy number:** XXXXX6833

**Room number:** 1506
**Group number:**

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| **Total balance** | | | | **0.00** USD |

**Important Information**

**Do Not Reply to this Email**
This email is an auto-generated message. Replies to automated messages are not monitored. If you have any questions please contact the hotel directly at (215) 557-0005.

**Why Have I Received this Email?**
You have received this email because you requested during your stay to receive an electronic version of your bill by email.

**Availability**
Electronic versions of your hotel bill, available by email from our over 2,300 participating properties in the Marriott family of hotels in the USA and Canada, are emailed to you within 72 hours of check-out. These email messages reflect changes made to your bill up to 11pm on your day of departure. Any adjustments after that time may not be shown.

If you have received this email in error, please notify us.

Learn more about eFolio, receiving your hotel bills by email.

**Authenticity of Bills**
Marriott retains official records of all charges and credits to your account and will honor only those records.

| 06/03/2019 | Rewards | Mar Bv Ax Brilliant Anv Fna Up To 50k Points 06/03/2019, Cancelled 0 Rewards | +0 Points |
|---|---|---|---|
| 05/15/2019 | Hotel Stay* | Residence Inn Philadelphia Center City 05/02/2019 - 05/04/2019   DOWNLOAD > | +250 Points (0 Base + 0 Elite + 250 Extra) |
| 04/18/2019 | Rewards | Standard Redemption Rate 04/18/2019, Ordered -50,000 Rewards | -50,000 Points |
| 04/12/2019 | Bonus* | Mar Bv Brilliant Ax Base Spend | +70,054 Points |
| 04/12/2019 | Bonus* | Mar Bv Brilliant Ax Dintrv Spe | +127 Points |

**REPORT A MISSING STAY**

# Marriott Bonvoy

**Redeem Points**

Hotels

Flights

Marriott Bonvoy

**My Account**

Upcoming Reservations

Activity

Profile

**Terms and Conditions of the Program**

Elite Membership

Points Expiration

**Benefits**

Benefits Overview

Lifetime Status

Elite Room Guarantee

**Residence Inn Philadelphia Center City**
One East Penn Square
Philadelphia, PA 19107 US
+1 215-557-0005

## Summary of Charges

| Guest Information | | Dates of Stay | 05/02/2019 - 05/04/2019 |
|---|---|---|---|
| | DIANNE M YORK | Room number | 1506 |
| | 7660 FAY AVE STE H | Guest number | 70144 |
| | LA JOLLA, CA 920374843 US | Member Number | ••••••833 |
| | | Group Number | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| Total balance | | | | null USD |

## Important information

### Authenticity of Hotel Bills

Marriott retains official records of all charges and credits to your account and will honor only these records.

### Privacy

Your privacy is important to us. For full details, please view our <u>Privacy Statement.</u>

### Credit of Marriott Bonvoy Points

After a stay, it may take up to seven days for Marriott Bonvoy points to be credited to your account.

**Questions about your bill?** Please contact your hotel directly at +1 215-557-0005

**EXHIBIT 5**

# INVOICE

Aptus Court Reporting
Corporate Office
600 West Broadway, Suite 300
San Diego CA  92101
Phone:866-999-8310   Fax:619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1057268 | 5/28/2019 | 10055415 |

| Job Date | Case No. | |
|---|---|---|
| 5/3/2019 | 17-CV-1124-MMA(WVG) | |

| Case Name |
|---|
| La Jolla Spa MD v. Avidas Pharmaceuticals |

| Payment Terms |
|---|
| Deferred Billing Agreement |

Dianne York
Dianne York
7660 Fay Avenue, Suite H168
La Jolla CA  92037

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

    Margarette Gardner - 30(b)(6) - Confidential/Non-Confidential      4,144.31

    SALES TAX      29.62

**TOTAL DUE  >>>**      **$4,173.93**

Ordered By    :   James T. Ryan
                    Complex Litigation
                    1110 Glenville Drive #307
                    Los Angeles, CA 90035

Thank you, your business is greatly appreciated.

Aptus Court Reporting - CA, LLC.  Customer is ultimately responsible for payment within our terms.

TO REMIT PAYMENT VIA ACH OR WIRE TRANSFER:
APTUS COURT REPORTING     CHASE BANK    ACCOUNT 825514128
WIRE PYMT RTE # 021000021     ACH PYMT RTE # 322271627

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **4,173.93** |

**Tax ID:** 27-4460942                 Phone:     Fax:

*Please detach bottom portion and return with payment.*

Dianne York
Dianne York
7660 Fay Avenue, Suite H168
La Jolla CA  92037

| | | | | |
|---|---|---|---|---|
| Job No. | : | 10055415 | BU ID | : AptusSD |
| Case No. | : | 17-CV-1124-MMA(WVG) | | |
| Case Name | : | La Jolla Spa MD v. Avidas Pharmaceuticals | | |
| Invoice No. | : | 1057268 | Invoice Date | : 5/28/2019 |
| **Total Due** | : | **$4,173.93** | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:       Card Security Code:

Amount to Charge:

Cardholder's Signature:

Email:

Remit To:    **Aptus Court Reporting**
              **Corporate Office**
              **600 West Broadway, Suite 300**
              **San Diego CA  92101**