James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC.,<br><br>　　　Plaintiff,<br>　　vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>　　　Defendants. | CASE NO. 17-cv-1124-MMA (WVG)<br><br>DECLARATION OF JAMES T. RYAN IN SUPPORT OF MOTION FOR SANCTIONS AGAINST DEFENDANT'S COUNSEL<br><br>Judge:  Hon. William V. Gallo<br>Date:  August 16, 2019<br>Time:  9:00 a.m.<br>Courtroom:  2B |

<u>DECLARATION OF JAMES T. RYAN</u>

I, James T. Ryan, declare as follows:

1. I am counsel of record for Plaintiff La Jolla Spa MD, Inc. I have personal knowledge of the following facts.

2. Exhibit 1 is a true and correct copy of the May 3, 2019 non-confidential transcript of the 30(b)(6) deposition of Avidas Pharmaceuticals, LLC ("Transcript"). I personally prepared for, travelled for and took the deposition.

<u>Meet-and-Confer Efforts</u>

3. I received the Transcript on May 20, 2019. On May 23, 2019, I emailed Julie Chovanes in an attempt to initiate a meet-and-confer discussion about Plaintiff's intent to file a motion for sanctions. I asked her when she would be available the following day to discuss. I briefly explained the legal and factual basis for the motion in my email.

4. On May 24, 2019, Ms. Chovanes replied and stated that she was unavailable to discuss until the following Thursday (May 30) between 10 a.m. and 2 p.m. (her time). In reply, I explained to Ms. Chovanes that we were required to bring the dispute to the attention of the Court under the Chambers Rules and that the following Thursday would be too late. I also attached a chart of page and line numbers from the Transcript for the objections at issue. Ms. Chovanes replied and stated she was unavailable to discuss that day and reiterated that she was not available until the following Thursday. I called the Court to inform of the dispute and to advise that Ms. Chovanes was unavailable until the following Thursday. I was told that I would receive a call back later that day or on May 28.

5. On May 28, 2019, I received a call from Judge Gallo's Chambers informing me to have the meet-and-confer discussion on Thursday (May 30) and to advise the Court if the parties are unable to resolve the dispute. Immediately thereafter, I emailed Ms. Chovanes and told her I would call her at noon on May 30

2

(her time), which was between the times she proposed, i.e., 10 a.m. and 2 p.m. (her time).

6. On May 29, 2019, Ms. Chovanes replied and stated she was not available to discuss at noon on May 30. After a few email exchanges, Ms. Chovanes told me she would let me know when she was prepared to meet and confer. I replied via email told her that I would inform the Court that she was not prepared to meet and confer.

7. On May 30, 2019, I called Judge Gallo's Chambers to advise that the meet-and-confer discussion was not going to take place that day and that Ms. Chovanes was unprepared to discuss. Thereafter, I emailed Ms. Chovanes and asked when she would be available to meet-and-confer by telephone. I also advised her that I planned on making a request to the Court that I be permitted to file the motion without further meet-and-confer efforts if she did not give me a date that she would participate in a meet and confer. Since sending that final email on May 30, I have not heard from Ms. Chovanes.

## Attorney's Fees

8. Below is the description of the expended and anticipated attorney hours related to taking the deposition of Avidas and the Motion for Sanctions:

| Date | Time | Amount | Description |
| --- | --- | --- | --- |
| 3/20/19 | 0.5 | $200.00 | Begin to prepare deposition questions for Avidas deposition |
| 4/28/19 | 0.5 | $200.00 | Continue to prepare deposition questions for Avidas deposition and pull exhibits for deposition |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 4/30/19 | 4.0 | $1,600.00 | Continue to prepare deposition questions for Avidas deposition and pull exhibits for deposition |
| 5/2/19 | 7.9 | $3,160.00 | Travel from Los Angeles to Philadelphia for deposition of Avidas |
| 5/3/19 | 8.0 | $3,200.00 | Prepare for and take deposition of Avidas; Calls with D. York during and after deposition |
| 5/4/19 | 8.4 | $3,360.00 | Travel from Philadelphia to Los Angeles for deposition of Avidas |
| 5/21/19 | 2.0 | $800.00 | Read and analyze M. Gardner deposition for objections and other impermissible conduct; Prepare preliminary chart of same |
| 5/23/19 | 0.2 | $80.00 | Email J. Chovanes regarding Plaintiff's intent to file a motion for sanctions regarding conduct at M. Gardner deposition and request to meet and confer |
| 5/24/19 | 0.7 | $280.00 | Exchange emails with J. Chovanes regarding meet and confer on potential motion for sanctions and her unavailability to meet and confer until the following week; Call with J. McGrath re: whether she would jointly call chambers due to J. Chovanes' unavailability; Call with Judge Gallo's chambers regarding Avidas' counsel unwillingness to place a joint call to chambers |

| | | | |
|---|---|---|---|
| 5/28/19 | 0.1 | $40.00 | Receive call from Judge Gallo's chambers; Email J. Chovanes regarding meeting and conferring to meet her availability |
| 5/29/19 | 0.4 | $160.00 | Exchange multiple emails with J. Chovanes regarding attempt to meet and confer and her continuing unavailability and unpreparedness |
| 5/30/19 | 0.4 | $160.00 | Place call to Judge Gallo's chambers regarding J. Chovanes' unpreparedness to engage in meet and confer; Email J. Chovanes to follow up again; Receive call from Judge Gallo's chambers; Call with D. York re: expenses for Philadelphia trip |
| 5/31/19 | 5.4 | $2,160.00 | Receive and review Judge Gallo's order granting leave to file Motion for Sanctions and calendar deadlines; Email D. York re: expenses from Philadelphia trip; Begin to draft Motion for Sanctions; Conduct legal research regarding same; Review and select video clips as evidence for Motion and update chart of objections and other impermissible conduct |
| 6/4/19 | 0.8 | $320.00 | Begin to draft declarations of J. Ryan and D. York in support of Motion |
| 6/5/19 | 1.3 | $520.00 | Continue to draft declaration of D. York; Continue to review and select video clips as evidence for Motion re: objections and other impermissible conduct |

| Date | Hours | Amount | Description |
|---|---|---|---|
| 6/10/19 | 2.8 | $1,120.00 | Call with D. York; Revise and update declaration of D. York (2x); Continue to draft and finalize declaration of J. Ryan; Continue to review and select video clips as evidence for Motion re: objections and other impermissible conduct; Prepare Notice of Lodgment; Finalize Notice of Motion and Memorandum of Points and Authorities |
| *anticipated* | 3.0 | $1,200.00 | Analyze Opposition; Research legal authorities cited; Draft Reply |
| *anticipated* | 7.0 | $2,800.00 | Prepare for, travel to and attend hearing in San Diego |
| | 53.4 | **$21,360.00** | **Total Fees** |

9. I charge La Jolla Spa $400.00 per hour for my services in this case. I am a 2000 graduate of Pepperdine University School of Law. I have been practicing law for 19 years in state and federal courts located in Southern California. Since I became licensed to practice law in December 2000, I have primarily practiced in the areas of entertainment and business litigation. I am informed and believe that my hourly rate for this case is commensurate with other attorneys of my similar experience and background practicing in the Southern District of California.

I declare the foregoing under penalty of perjury under the laws of the United States. Executed on June 11, 2019 at Los Angeles, California.

/s James T. Ryan

_____

James T. Ryan