Jennifer J. McGrath, Esq. (State Bar No. 211388)
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Julie Chovanes, Esq. (pro hac vice)
CHOVANES LAW LLC
P.O. Box 4307
Philadelphia, PA 19119
Telephone:(267) 235-4570
Facsimile: (888) 966-0126

Attorneys for Defendant Avidas
Pharmaceuticals, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AVIDAS PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 3:17-cv-01124-MMA-WVG <br><br> **DECLARATION OF JULIE CHOVANES, ESQ IN SUPPORT OF DEFENDANT AVIDAS PHARMACEUTICALS, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS** <br><br> Judge: Hon. William V. Gallo <br> Date: August 16, 2019 <br> Time: 9:00 a.m. <br> Courtroom: 2B |

# DECLARATION OF JULIE CHOVANES, ESQ.

I, Julie Chovanes, declare as follows:

1. I am an attorney for Defendant Avidas Pharmaceuticals LLC ("Avidas"). I have personal knowledge of the facts set forth herein, which are known by me to be true and correct, and if called as a witness, I could and would competently testify thereto.

2. Attached hereto as Exhibit "A" is a true and correct copy of Plaintiff's 30(b)6 Amended Notice of Deposition date April 17, 2019.

3. Attached hereto as Exhibit "B" is a true and correct copy of an email from Ms. Chovanes to Mr. Ryan, dated May 24, 2019.

4. Attached hereto as Exhibit "C" is a true and correct copy of an email from Mr. Ryan to Ms. Chovanes, dated May 1, 2019.

5. Attached hereto as Exhibit "D" is a true and correct copy of an email from Mr. Ryan to Ms. Chovanes, dated May 1, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of June, 2019, at Philadelphia, Pennsylvania.

DATED: June 28, 2019                 RESPECTFULLY SUBMITTED
                                     /s/ Julie Chovanes

# EXHIBIT A

| | |
|---|---|
| 1 | James T. Ryan, Esq. (SBN 210515) |
| 2 | JAMES T. RYAN, P.C. |
|   | 1110 Glenville Dr. # 307 |
| 3 | Los Angeles, California 90035 |
| 4 | Tel:  310.990.2889 |
|   | Email:  jr@jamestryan.com |
| 5 | |
| 6 | For Plaintiff LA JOLLA SPA M.D., INC. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC., | CASE NO. 3:17-cv-01124-MMA-WVG |
| Plaintiff, | PLAINTIFF'S AMENDED NOTICE OF DEPOSITION OF AVIDAS PHARMACEUTICALS, LLC |
| vs. | |
| AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive, | Date: May 2, 2019 |
| | Time: 10:00 a.m. |
| | Location: |
| Defendants. | Hogan Lovells US LLP |
| | 1735 Market St., Fl. 23 |
| | Philadelphia, PA 19103 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE THAT: Pursuant to Rules 30 of the Federal Rules of Civil Procedure and the Court's April 11, 2019 Order, Plaintiff La Jolla Spa MD, Inc. will take the deposition of Avidas Pharmaceuticals, LLC ("Avidas") at 10:00 a.m. on May 2, 2019 at Hogan Lovells US LLP, 1735 Market St., Fl. 23, Philadelphia, PA 19103.

PLEASE TAKE FURTHER NOTICE THAT the deposition will be taken stenographically before a person authorized by law to administer oaths and by audio, videotape and digital recording.

The deponent is not a natural person. The matters on which the deponent will be examined are as follows:

## MATTERS OF EXAMINATION

1. The documents produced by Avidas in discovery.
2. The search for documents produced by Avidas in discovery and in response to Plaintiff's requests for production of documents.
3. Avidas' written discovery and supplemental discovery responses in this case.
4. The Know-How and Trademark License and Purchase Agreement entered into on August 19, 2008 and any amendments or modifications thereto.
5. The Sales and Distribution Agreement entered into on August 19, 2008 and any amendments or modifications thereto.
6. The Inventory and License Agreement between Avidas and SciDerma Medical LLC dated August 25, 2010.
7. Avidas' contractual arrangement with SciDerma Medical LLC.
8. Avidas' and/or SciDerma Medical LLC's inventory of Vitaphenol products, including number of units, location(s), and any documents reflecting same.
9. What happened to Avidas' and/or SciDerma Medical LLC's Vitaphenol product inventory after May 8, 2014.

10. Communications with La Jolla Spa MD, Inc., Mitchel Goldman, Lillian Wells, and/or Dianne York regarding the Vitaphenol products, including without limitation Ms. Gardner's letters of May 8, 2014 and June 10, 2014 and the letter from Jeremy Gelb dated March 6, 2017.
11. Communications with SciDerma Medical LLC regarding Vitaphenol products.
12. Avidas' accountings and payments of royalties to La Jolla Spa MD, Inc.
13. SciDerma Medical LLC accountings and payments to Avidas for Vitaphenol products.
14. Trademark renewals for Vitaphenol products and communications regarding same.
15. Manufacturing of Vitaphenol products, including without limitation with Topix Pharmaceuticals and Harmony Labs/Ei.
16. Change of packaging and/or containers of Vitaphenol products.
17. The Vitaphenol products sold by Avidas, SciDerma Medical LLC and any other entity or person that Avidas licensed the products to for sale.

Dated: April 16, 2019                                **JAMES T. RYAN, P.C.**

                                            By   s/ James T. Ryan
                                                 James T. Ryan, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1110 Glenville Drive #307, Los Angeles, California 90035.

On April 17, 2019, I served the foregoing document by e-mail to the following counsel of record:

Julie Chovanes
Chovanes Law LLC
25 Springfield Avenue
Philadelphia, PA 19118
jchovanes@chovanes.com

Jennifer J. McGrath
Amy Burke
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, CA 90067
jmcgrath@tocounsel.com
aburke@tocounsel.com

I declare under penalty of perjury that the foregoing is true. Executed on April 17, 2019 at Los Angeles, California.

By: /s/ James T. Ryan
James T. Ryan

# EXHIBIT B

|      |      |
|------|------|
| From: | Julie Chovanes jchovanes@chovanes.com |
| Subject: | Re: La Jolla Spa v. Avidas - Motion for Sanctions |
| Date: | May 24, 2019 at 8:38 AM |
| To: | James T Ryan jr@jamestryan.com |
| Cc: | Jennifer McGrath jmcgrath@tocounsel.com |



The Court had Ordered the deposition to proceed under certain conditions.  We worked within those conditions.  And your demand now weeks later is simply untenable.

I am unable to discuss the matter until next Thursday May 30th between 10 am and 2 pm Eastern.  Also please send a transcript of the deposition before the weekend with your allegations highlighted.

> On May 23, 2019, at 6:06 PM, James T Ryan <jr@jamestryan.com> wrote:
>
> Ms. Chovanes:
>
> La Jolla Spa intends to file a motion for monetary sanctions against you pursuant to Rule 30(d)(2), 28 U.S.C. 1927 and the Court's inherent power relating to your conduct at the deposition of Margaret Gardner.  In particular, La Jolla Spa will be seeking reasonable expenses and attorney's fees for your impeding, frustrating and delaying the fair examination of Ms. Gardner.
>
> In general, the grounds for the motion are as follows: you instructed the witness not to answer on impermissible grounds 39 times, you instructed me on how to ask the questions 39 times, you engaged in unnecessary colloquy 15 times, you unnecessarily noted things for the record 17 times, you gave speaking/coaching objections to the witness 21 times and you made 2 personal attacks on me during the deposition.
>
> I have not yet calculated the final amount of expenses and fees, but the amount to be sought in the motion will be in excess of $12,000, inclusive of my travel and examination time and the costs related to travel and the reporter and videographer.
>
> Please let me know if you are willing to work out a compromise whereby you pay the reasonable expenses and attorney's fees without me having to file a motion (which additional fees litigating the motion will be added to the request).
>
> We are required to meet and confer and discuss these issues and then place a joint call to Judge Gallo's chambers if we cannot resolve the dispute.  Please let me know what time tomorrow (Friday) you are available to discuss.
>
> Jim Ryan
>
> <image001.jpg>
> www.jamestryan.com | 310.990.2889

Julie Chovanes, Esq.
jchovanes@chovanes.com
julie@trans-help.org
267-235-4570

Chovanes Law LLC
Philadelphia Business Journal Top 25 Law Firms, IP Law Firms, Pro Bono Hours and LGBT Businesses 2016; Pro Bono Hours and LGBT Businesses 2018

Trans-Help
Philadelphia Business Journal Top 10 LGBT Advocates 2017

Philadelphia Business Journal Top 10 LGBT Advocates 2017

Attorney-Client Privilege/Attorney Work Product. This transmittal may contain privileged and confidential information, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of his transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify us by return email immediately.

# EXHIBIT C

**From:** **James T Ryan** jr@jamestryan.com
**Subject:** Deposition
**Date:** May 1, 2019 at 3:00 PM
**To:** jchovanes@chovanes.com



Ms. Chovanes:

My flight just got canceled.  I can rebook tomorrow and can take the deposition on Friday same time and place.  Please let me know as soon as possible if the deposition can proceed on Friday.

Thank you.

# EXHIBIT D

| | | |
|---|---|---|
| **From:** | **James T Ryan** jr@jamestryan.com | |
| **Subject:** | Re: Deposition | |
| **Date:** | May 1, 2019 at 3:43 PM | |
| **To:** | Julie Chovanes  jchovanes@chovanes.com | |



Thanks.  I shifted my flights with the hope we can get it done.  Please let me know as soon as you find out.

> On May 1, 2019, at 12:40 PM, Julie Chovanes <jchovanes@chovanes.com> wrote:
>
> Hi yes I think it is OK but I can't reach the client for another hour at least. I will let you know as soon as I know
>
> Sent from my iPhone
>
> On May 1, 2019, at 3:00 PM, James T Ryan <jr@jamestryan.com> wrote:
>
> Ms. Chovanes:
>
> My flight just got canceled.  I can rebook tomorrow and can take the deposition on Friday same time and place.  Please let me know as soon as possible if the deposition can proceed on Friday.
>
> Thank you.