James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel: 310.990.2889
Email: jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC.,<br><br>Plaintiff,<br>vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 17-cv-1124-MMA (WVG)<br><br>DECLARATION OF PETER J. PFUND SUBMITTED IN CONNECTION WITH OPPOSITION TO MOTION FOR DISMISSAL UNDER F.R.C.P. 12(b)(1) AND 12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT UNDER F.R.C.P. 56<br><br>Judge: Hon. Michael M. Anello<br>Date: August 19, 2019<br>Time: 2:30 p.m.<br>Courtroom: 3D |

## DECLARATION OF PETER J. PFUND

I, Peter J. Pfund, declare as follows:

1. I am Plaintiff La Jolla Spa MD, Inc.'s former attorney, who was primarily responsible for representing Plaintiff since on or about April 18, 2018, when The Law Office of Stephen M. Tornay substituted in as counsel of record for Plaintiff, until on or about November 1, 2018. I have personal knowledge of the following facts.

2. On April 19, 2018, the Court issued its Scheduling Order Regulating Discovery and Other Pre-trial Proceedings (Doc. No. 24). Among other things, the Court ordered: "The 30-day discovery response lines set forth in the Federal Rules of Civil Procedure are shortened to 15 days." (*Id*. at ¶6.) The Scheduling Order required fact discovery to be completed by June 18, 2018. (*Id*.)

3. On May 16, 2018, on behalf of Plaintiff, I mail served the first set of requests for admission ("RFAs") on then counsel of record for Defendant Avidas Pharmaceuticals, LLC ("Avidas"), Gary K. Brucker. Attached as Exhibit 1 is a true and correct copy of the RFAs I served accompanied by the proof of service.

4. On June 7, 2018, Mr. Brucker filed a Declaration in his Motion to Withdraw as Counsel. In it, he confirmed receipt of the RFAs. (Doc. No. 27-2, ¶8.) According to his Declaration, Mr. Brucker gave Ms. Julie Chovanes a copy of the discovery I served, reminded her of the expedited discovery deadlines and sought her confirmation that she would handle the discovery responses. Ms. Chovanes responded affirmatively. (*Id*.)

5. Based on the date of mailing and the Scheduling Order, Avidas' responses to the RFAs were due no later than June 5, 2018.

6. Fifteen days after the deadline, on June 20, 2018, Ms. Chovanes, who was not then counsel of record for Avidas, email served untimely responses to the RFAs on behalf of Avidas, most of which were objections or denials. Attached as

Exhibit 2 is a true and correct copy of Avidas' responses to the RFAs with the Certificate of Service indicating the date and manner of service.

7. I did not grant Avidas an extension on the June 5, 2018 deadline to respond to the RFAs. I believe the responses were untimely.

I declare the foregoing under penalty of perjury under the laws of the United States. Executed on July 19, 2019 at Newport Beach, California.

_____
Peter J. Pfund

```
1  LAW OFFICES OF Stephen M. Tornay
   Stephen M. Tornay - SBN: 170132
2  Peter J. Pfund - SBN: 97803
   5 Hutton Centre Drive
3  Suite 700
   Santa Ana, CA  92707
4
   Telephone:  (714) 835-7000
5  Facsimile:  (714-908-7600

6  Attorney for Plaintiffs
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD, INC., Dianne York, Plaintiffs, vs. AVIDAS PHARMACEUTICALS, LLC, Defendant. | CASE NO.:17-cv-1124-MMA(WVG)<br><br>**Plaintiff La Jolla Spa MD Inc Request for Admissions to Defendant Avidas Pharmaceuticals, LLC** |

**PROUNDING PARTY:   LA JOLLA SPA MD INC.**

**RESPONDING PARTY: AVIDAS PHARMACEUTICALS, LLC**

**SET NO.: ONE**

Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure La Jolla Spa MD Inc. or propounding party requests that defendant Avidas Pharmaceuticals LLC hereinafter Avidas or responding party respond to these requests for Admission and return the same to Peter

1

---

*PLAINTIFF LA JOLLA SPA MD INC. REQUEST FOR PRODUCTION SET ONE*

# EXHIBIT 1

J. Pfund at the Law offices of Peter J. Pfund located at 4675 MacArthur Court Ste. 550 Newport Beach, CA 92660, within thirty (30) days from the date of service of this request.

## REQUESTS FOR ADMISSIONS

**Request for Admission no. 1:**

Admit that the sales and distribution agreement attached hereto is a true and correct copy of the sales and distribution agreement entered into by Avidas and the receiver M D Close.

**Request for Admission no. 2:**

Admit that the Know How and Trademark License and Purchase Agreement attached hereto is a true and correct copy of the Know How and Trademark License and Purchase Agreement entered into by Avidas and the receiver M D Close.

**Request for Admission no. 3:**

Admit that on or about May 8, 2014 Avidas cancelled the two attached agreements.

**Request for Admission no. 4:**

Admit that Avidas or their agents or third party distributors never returned any unsold product to the Plaintiff La Jolla Spa MD Inc. after May 8, 2014.

2

**Request for Admission no. 5:**

Admit that the phone number 877-970-3376 was an Avidas Phone number which was attached by a label to all Vitaphenol products sold by Avidas or any third party distributors through the attached two agreements.

**Request for Admission no. 6:**

Admit that you and Innovative Fulfillment Solutions have after cancellation of the two attached contracts failed to return to the Plaintiff La Jolla Spa MD Inc. the following:

1. The Vitaphenol trademark
2. The remaining unsold inventory of Vitaphenol
3. The Vitaphenol trade show booth
4. The data and information that Plaintiff relies on to make all of the claims and representations regarding the Vitaphenol products
5. The vitaphenol electronic Portable Document Format(PDF files).
6. The Vitaphenol Quark files, Illustrator files, JPEG files, and high resolution files
7. All of the Vitaphenol literature and promotional materials

//

**Request for Admission no. 7:**

Admit that Vitaphenol products are being sold to the public by third party distributors from May 8, 2014 to the present.

**Request for Admission no. 8:**

Admit that all remaining Vitaphenol product is now expired, unhealthy, and dangerous for use by consumers.

**Request for Admission no. 9:**

Admit that Avidas has not recalled Vitaphenol products since May 8, 2014

Dated May 16, 2018                    By: _[signature: Peter J. Pfund]_

4

PLAINTIFF LA JOLLA SPA MD INC. REQUEST FOR PRODUCTION SET ONE

EXHIBIT 1

VERIFICATION   ( C.C.P. 446 AND 2015.5)

STATE OF CALIFORNIA, COUNTY OF ORANGE

I have read the foregoing _____

_____ and know its contents.

☐ CHECK APPLICABLE PARAGRAPHS

☐ I am a party to this action.  The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am ☐ an officer ☐ a partner _____ ☐ a _____ of

a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason.

☐ I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

☐ The matters stated in the foregoing document are true of my own knowledge, except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

☐ I am one of the attorneys for _____, a party to this action.  Such party is absent from the county of aforesaid where such attorneys have their offices, and I make this verification for and on behalf of that party for that reason.  I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on (date)_____, at _____, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____               _____
Type or Print Name                                                      Signature

PROOF OF SERVICE
CCP 1013a(3) Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of <u>Orange</u>_____, State of California.  I am over the age of 18 and not a party to the within action; my business address is

<u>4675 MacArthur Court Ste. 550 Newport Beach, CA 92660</u>_____.

On (date) <u>May 16, 2018</u>_____, **I served the foregoing document described as _____

<u>Request for Admissions</u>_____ on <u>the interested parties</u>_____ in this action

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list:

☑ by placing   ☐ the original  ☑ a true copy thereof enclosed in sealed envelopes addressed as follows:

<u>see attached list</u>

☑ BY MAIL

  ☑ *I deposited such envelope in the mail at <u>Newport Beach CA</u>_____, California.
    The envelope was mailed with postage thereon fully prepaid.

  ☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day, with postage thereon fully prepaid at <u>Newport Beach, CA</u>_____, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on (date) <u>April   , 2017</u>_____, at <u>San Clemente,</u>_____, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

<u>Peter J. Pfund</u>_____             _____
Type or Print Name                                                      Signature

* (BY MAIL, SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)
**FOR PERSONAL SERVICE, SIGNATURE MUST BE THAT OF MESSENGER)

967 (R1/98)

www.CalCourtForms.com

EXHIBIT 1

Proof of Service list    La Jolla Spa MD v Avidas etc.

Gary K Brucker Jr.

Lewis BrisBois BisGaard & Smith LLP

701 B Street  Ste. 1900

San Diego, CA 92101

EXHIBIT 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>AVIDAS PHARMACEUTICALS, LLC,<br><br>                    Defendant. | Case No.: 17-CV-1124-MMA(WVG)<br><br>Defendant's Avidas Pharmaceuticals, LLC's Responses to Plaintiff's Requests for Admission |

**Request for Admission no. 1:**

Admit that the sales and distribution agreement attached hereto is a true and correct copy of the sales and distribution agreement entered into by Avidas and the receiver M D Close.

**Response to Request for Admission no. 1:**

Defendant is unable to admit or deny as there was no agreement attached to the service copy of this document and so defendant does not know what document plaintiff is referring to.

1

EXHIBIT 2

17-CV-1124-MMA(WVG)

**Request for Admission no. 2:**

Admit that the Know How and Trademark License and Purchase Agreement attached hereto is a true and correct copy of the Know How and Trademark License and Purchase Agreement entered into by Avidas and the receiver M D Close.

**Response to Request for Admission no. 2:**

Defendant is unable to admit or deny as there was no agreement attached to the service copy of this document and so defendant does not know what document plaintiff is referring to.

**Request for Admission no. 3:**

Admit that on or about May 8, 2014 Avidas cancelled the two attached agreements.

**Response to Request for Admission no. 3:**

Defendant is unable to admit or deny as there were no agreements attached to the service copy of this document and so defendant does not know what document plaintiff is referring to.

**Request for Admission no. 4:**

Admit that Avidas or their agents or third party distributors never returned any unsold product to the Plaintiff La Jolla Spa MD Inc. after May 8, 2014.

**Response to Request for Admission no. 4:**

Defendant objects to this request as it is confusing. The "product" is undefined and so Defendant is unable to understand what plaintiff is seeking. Moreover, there is no context for the word "return" and defendant objects to the request as it is confusing on that basis as well. Finally, defendant denies the request because as far as reasonable inquiry has revealed defendant is unable to admit or deny the request.

**Request for Admission no. 5:**

Admit that the phone number 877 - 970 - 3376 was an Avidas Phone number which was attached by a label to all Vitaphenol products sold by Avidas or any third party distributors through the attached two agreements.

**Response to Request for Admission no. 5:**

Defendant is unable to admit or deny as there are no agreements attached hereto.

**Request for Admission no. 6:**

Admit that you and Innovative Fulfillment Solutions have after cancellation of the two attached contracts failed to return to the Plaintiff La Jolla Spa MD Inc. the following:

  1. The Vitaphenol trademark.
  2. The remaining unsold inventory of Vitaphenol.
  3. The Vitaphenol trade show booth.
  4. The data and information that Plaintiff relies on to make all of the claims and representations regarding the Vitaphenol products.
  5. The Vitaphenol electronic Portable Document Format (PDF files).

3

EXHIBIT 2              17-CV-1124-MMA(WVG)

6. The Vitaphenol Quark files, Illustrator files, JPEG files, and high resolution files.

7. All of the Vitaphenol literature and promotional materials.

**Response to Request for Admission no. 6:**

Defendant is unable to admit or deny as there are no contracts attached hereto. Defendant objects to this request. Moreover, there is no context for the word "failed to return", it is confusing and defendant objects to the request on that basis as well. Finally, defendant denies the request because as far as reasonable inquiry has revealed defendant is unable to admit or deny the request.

**Request for Admission no. 7 :**

Admit that Vitaphenol products are being sold to the public by third party distributors from May 8, 2014 to the present.

**Response to Request for Admission no. 7:**

After reasonable inquiry defendant is unable to admit or deny the request, therefore it is denied.

**Request for Admission no. 8:**

Admit that all remaining Vitaphenol product is now expired, unhealthy, and dangerous for use by consumers.

**Response to Request for Admission no. 8:**

4

EXHIBIT 2

17-CV-1124-MMA(WVG)

1  After reasonable inquiry defendant is unable to admit or deny the request, therefore it is
2  denied.
3
4
5  **Request for Admission no. 9:**
6  Admit that Avidas has not recalled Vitaphenol products since May 8, 2014.
7
8  **Response to Request for Admission no. 9:**
9  Defendant does not understand the word "recall", it is confusing and defendant objects to
10 the request on that basis. Moreover, after reasonable inquiry defendant is unable to admit
11
12 or deny the request, therefore it is denied.
13
14
15 Respectfully,
16 Julie Chovanes, Esq.
   Counsel for Defendant Avidas Pharmaceuticals, LLC
17
18
19               Certificate of Service
20 I hereby certify these Responses to Requests for Admission were served by email on Peter Pfund,
21 counsel for Plaintiff, on Wednesday, June 20, 2018.
22 /s/ Julie Chovanes, Esq.
23
24
25
26
27
28