1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC.,<br><br>        Plaintiff,<br>                    vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>        Defendants. | CASE NO. 17-cv-1124-MMA (WVG)<br><br>DECLARATION OF JAMES T. RYAN SUBMITTED IN CONNECTION WITH OPPOSITION TO MOTION FOR DISMISSAL UNDER F.R.C.P. 12(b)(1) AND 12(b)(6), OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT UNDER F.R.C.P. 56<br><br>Judge:  Hon. Michael M. Anello<br>Date:  August 19, 2019<br>Time:  2:30 p.m.<br>Courtroom:  3D |

DECLARATION OF JAMES T. RYAN

I, James T. Ryan, declare as follows:

1.      I am counsel of record for Plaintiff La Jolla Spa MD, Inc.  I have personal knowledge of the following facts.

2.      Attached as Exhibit 1 hereto is a true and correct copy of the relevant pages from the certified deposition transcript of Avidas Pharmaceuticals, LLC ("Avidas") taken on May 3, 2019.  I conducted the examination of Avidas.

3.      Attached as Exhibit 2 hereto is a true and correct copy of Exhibit 56 to the deposition of Avidas, which is generally referred to as the Inventory and License Agreement between Avidas and SciDerma Medical, LLC.  This document is also attached as Exhibit L to the Declaration of Julie Chovanes (Doc. No. 96-4).

4.      Attached as Exhibit 3 hereto is a true and correct copy of a page from Exhibit 61 to the deposition of Avidas, which is a document Avidas produced in discovery and is Bates stamped as A_1042.

5.      Exhibit 4 is intentionally omitted.

6.      On January 9, 2019, the Court entered its Amended Scheduling Order (Doc. No. 54) and ordered that the 30-day discovery response deadlines set forth in the Federal Rules of Civil Procedure are shortened to 15 days.  (*Id*. at ¶2.)

7.      On January 29, 2019, the parties agreed that discovery could be served via email.  Attached as Exhibit 5 is a true and correct copy of my January 29, 2019 email to Avidas' counsel, Julie Chovanes, confirming that the parties agreed to serve discovery via email.

8.      On February 25, 2019, I served Plaintiff's Third Set of Requests for Admission on counsel for Avidas accompanied by a certificate of service.  The instructions for the requests state that the requests were being served pursuant to Rule 26 and 36 of the Federal Rules of Civil Procedure and the Court's Amended Scheduling Order and that responses were due within fifteen days of service. Attached hereto as Exhibit 6 is a true and correct copy of the Requests for

1   Admission along with the service transmittal email to counsel.  Based on the

2   deadline set forth in the Court's Amended Scheduling Order, Avidas' response to

3   Plaintiff's Third Set of Requests for Admission was due no later than March 15,

4   2019 (assuming additional 3 days for service).  I did not grant Avidas an extension

5   on the deadline to respond.

6         9.     Avidas did not serve its response to Plaintiff's Third Set of Requests

7   for Admission until March 22, 2019.  Attached hereto as Exhibit 7 is a true and

8   correct copy of Avidas' responses and the service transmittal email from counsel.

9         10.    Attached as Exhibit 8 hereto is a true and correct copy of the relevant

10  pages from the certified deposition transcript of Craig Langbo, the 30(b)(6) witness

11  produced by EPI Printers, Inc., taken on March 27, 2019.  I conducted the

12  examination of Craig Langbo.

13        11.    On April 5, 2019, I caused to be served a subpoena on a third-party

14  witness, Americommerce, seeking, among other things, information about taking

15  down the Vitaphenol e-commerce website it hosted called

16  vitaphenol.americommerce.com.  Attached as Exhibit 9 is a true and correct copy of

17  a custodian of records declaration for Americommerce LLC with a business record

18  produced in response to the subpoena reflecting a May 16, 2017 request by EPI to

19  cancel the website.

20        12.    Attached as Exhibit 10 is a true and correct copy of a July 18, 2014

21  email from Margaret Gardner (Avidas' president), which was produced by Joe

22  Kuchta in response to a subpoena.  I examined Ms. Gardner about this email at

23  pages 253-254 of her deposition transcript.  *See* Exhibit 1.

24        13.    Attached as Exhibit 11 is a true and correct copy of a July 24, 2014

25  email from Margaret Gardner (Avidas' president), which was produced by Joe

26  Kuchta in response to a subpoena.

27

28

1

2          I declare the foregoing under penalty of perjury under the laws of the United

3   States.  Executed on August 5, 2019 at Los Angeles, California.

4

5

6                                          /s James T. Ryan

7                                          _____
                                           James T. Ryan

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28