**EXHIBIT 3**

November & December Sales

| Product Code | SKU | Unit Sales | Sale to public | Unit USMD Sales | Consign-ment | Consigned sales inv | Consignee Unit Testers Distributed | C.goods returned | Internal | Unit Selling Price | Unit CGS | Unit USMD CGS | Total $ USMD CGS | Profit | Value of Testers | Total CGS | Royalty Payable | SALES USMD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Sales Units | | | | | | | | | | | | | | | | | |
| VDC | Daily Cleanser | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22.50 | | 8.25 | 9.50 | 0.00 | 0.00 - | 0.00 | 0 | 0.00 |
| VT | Anti aging toner | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 45.00 | | 7.23 | 8.68 | 0.00 | 37.77 - | 0.00 | 3.02 | 3.02 |
| VCRS | CRS | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 345.00 | 34.74 | 34.74 | 41.69 | 0.00 | 310.26 | 34.74 | 24.82 | 24.82 |
| VS | Anti aging serum | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47.50 | 6.31 | 6.31 | 7.57 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VMS | Sheer Moisturiser | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47.50 | 6.69 | 6.69 | 8.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VMF | Fortified Moisturiser | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47.50 | | 6.38 | 7.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VDD | Daily Cream | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 47.50 | | 6.63 | 7.96 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DAW | Defence Acne Wash | 0 | 0 | | 0 | 0 | 0 | 0 | | 22.50 | | 3.37 | | | | | | |
| DSOL | Defence Solaire Sunscreen | 0 | 0 | | 0 | 0 | 0 | 0 | | 15.00 | | 3.37 | | | | | | |
| | Testers | | | | | | | | | | | | | | | | | |
| VDC | Daily Cleanser | | | | | | | | | | | 8.25 | | | 0.00 | | | |
| VT | Anti aging toner | | | | | | | | | | | 7.23 | | | 0.00 | | | |
| VCRS | CRS | | | | | | | | | | | 34.74 | | | 0.00 | | | |
| VS | Anti aging serum | | | | | | | | | | | 6.31 | | | 0.00 | | | |
| VMS | Sheer Moisturiser | | | | | | | | | | | 6.69 | | | 0.00 | | | |
| VMF | Fortified Moisturiser | | | | | | | | | | | 6.38 | | | 0.00 | | | |
| VDD | Daily Cream | | | | | | | | | | | 6.63 | | | 0.00 | | | |
| | | | | | | | | | | | | | | 348.03 | 0.00 | 34.74 | 27.84 | 0.00 |
| | | | | | | | | | | | | | | | 0.00 Royalty | | 62.58 | |

Note: There were No sales in August, September or October.



AVIDAS PHARMACEUTICALS, LLC
196 W ASHLAND STREET
DOYLESTOWN, PA 18901

2055

3-7380-2360

FirsTrust
800.220.BANK / firstrust.com

Pay to the order of: The Gelles Spa, M.D

$ 62.58

DOLLARS

A_001042