**EXHIBIT 6**

| | |
|---|---|
| **From:** | James T Ryan |
| **To:** | "Julie Chovanes"; Amy Burke; Jennifer McGrath |
| **Subject:** | La Jolla Spa v. Avidas - Service of Discovery |
| **Date:** | Monday, February 25, 2019 2:12:00 PM |
| **Attachments:** | 2019.02.25 RFAs - Set 3.pdf |

Counsel:

Please see attached third set of requests for admission served on you pursuant to our agreement to serve discovery by email.

Jim Ryan



www.jamestryan.com | 310.990.2889

James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA M.D., INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC.,<br><br>    Plaintiff,<br>        vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>    Defendants. | CASE NO. 3:17-cv-01124-MMA-WVG<br><br>PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSION TO DEFENDANT |

PROPOUNDING PARTY:  LA JOLLA SPA MD INC

RESPONDING PARTY: AVIDAS PHARMACEUTICALS, LLC

SET NO.: THREE

    Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and the Court's Amended Scheduling Order, La Jolla Spa MD Inc. requests that defendant Avidas Pharmaceuticals LLC ("Avidas") respond to the following requests for admission within fifteen (15) days of service:

REQUESTS FOR ADMISSION

REQUEST NO. 18:

    Admit that Avidas breached Paragraph 4.g of the Sales and Distribution Agreement entered into on August 19, 2008 by not returning all unsold inventory of Vitaphenol products to La Jolla Spa MD, Inc. after May 8, 2014.

Dated: February 25, 2019                **JAMES T. RYAN, P.C.**

                                            By   s/ James T. Ryan
                                                  James T. Ryan, Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 1110 Glenville Drive #307, Los Angeles, California 90035.

On February 25, 2019, I served the foregoing discovery requests by e-mail to the following counsel of record pursuant to an agreement of counsel:

Julie Chovanes
Chovanes Law LLC
25 Springfield Avenue
Philadelphia, PA 19118
jchovanes@chovanes.com

Jennifer J. McGrath
Amy Burke
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, CA 90067
jmcgrath@tocounsel.com
aburke@tocounsel.com

I declare under penalty of perjury that the foregoing is true. Executed on February 25, 2019 at Los Angeles, California.

By: /s/ James T. Ryan
James T. Ryan