**EXHIBIT 7**

| | |
|---|---|
| **From:** | Julie Chovanes |
| **To:** | James T Ryan |
| **Subject:** | Re: LaJolla v. Avidas |
| **Date:** | Friday, March 22, 2019 9:44:33 AM |
| **Attachments:** | Response Interrog 3.22.19.pdf |
| | Verification Supplemental 3.22.19.pdf |
| | Avidas Response to 3rd set RFA-signed.pdf |

Sorry!  Here is the other RFA, Ints and Supp Verification.  Please indicate what issues you believe remain for the Court.


On Mar 22, 2019, at 11:35 AM, James T Ryan <jr@jamestryan.com> wrote:

Your email contains two identical attachments: supplemental responses to document requests nos. 9 & 10.

Jim Ryan

<image001.jpg>
www.jamestryan.com | 310.990.2889

**From:** Julie Chovanes <jchovanes@chovanes.com>
**Sent:** Friday, March 22, 2019 8:26 AM
**To:** James T Ryan <jr@jamestryan.com>
**Subject:** LaJolla v. Avidas

Enclosed please find responses to your third sets of RFA's and RFP.  I expect the INTs and verifications from the client shortly.



Julie Chovanes, Esq.
jchovanes@chovanes.com
julie@trans-help.org
267-235-4570

Chovanes Law LLC
Philadelphia Business Journal Top 25 Law Firms, IP Law Firms, Pro Bono Hours and LGBT Businesses 2016; Pro Bono Hours and LGBT Businesses 2018

Trans-Help
Philadelphia Business Journal Top 10 LGBT Advocates 2017

Attorney-Client Privilege/Attorney Work Product. This transmittal may contain privileged and confidential information, and is intended only for the recipient(s) listed

above. If you are neither the intended recipient(s), nor a person responsible for the delivery of his transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify us by return email immediately.

<Avidas supp Response to 3rd set RPD- signed.pdf><Avidas supp Response to 3rd set RPD- signed.pdf>

Julie Chovanes, Esq.
jchovanes@chovanes.com
julie@trans-help.org
267-235-4570

Chovanes Law LLC
Philadelphia Business Journal Top 25 Law Firms, IP Law Firms, Pro Bono Hours and LGBT Businesses 2016; Pro Bono Hours and LGBT Businesses 2018

Trans-Help
Philadelphia Business Journal Top 10 LGBT Advocates 2017

Attorney-Client Privilege/Attorney Work Product. This transmittal may contain privileged and confidential information, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s), nor a person responsible for the delivery of his transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify us by return email immediately.

Jennifer J. McGrath, Esq. (State Bar No. 211388)
jmcgrath@tocounsel.com
Amy E. Burke, Esq. (State Bar No. 276699)
aburke@tocounsel.com
THEODORA ORINGHER PC
1840 Century Park East, Suite 500
Los Angeles, California 90067-2120
Telephone: (310) 557-2009
Facsimile: (310) 551-0283

Julie Chovanes, Esq. (Pro Hac Vice)
jchovanes@chovanes.com
CHOVANES LAW LLC
25 Springfield Avenue
Philadelphia, PA 19118
Telephone: (267) 235-4570

Attorneys for Defendant Avidas Pharmaceuticals, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC., <br><br> Plaintiff, <br><br> vs. <br><br> AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 3:17-cv-01124-MMA-WVG <br><br> **DEFENDANT'S RESPONSE TO PLAINTIFF'S THIRD SET OF REQUESTS FOR ADMISSIONS** |

PROPOUNDING PARTY: LA JOLLA SPA MD INC.

RESPONDING PARTY: AVIDAS PHARMACEUTICALS, LLC

SET NO.: THREE

**REQUEST NO. 18:**

Admit that Avidas breached Paragraph 4.g of the Sales and Distribution Agreement entered into on August 19, 2008 by not returning all unsold inventory of Vitaphenol products to La Jolla Spa MD, Inc. after May 8, 2014.

**RESPONSE TO REQUEST NO. 8:**

Avidas is unable to understand, as noted previously, what "unsold inventory" means. To the extent Avidas understands this Request it is Denied.

DATED: March 22, 2019

/s/Julie Chovanes
Julie Chovanes, Esq.
Counsel for Defendant
Avidas Pharmacueticals, LLC