**EXHIBIT 8**

Case 3:17-cv-01124-MMA-WVG   Document 97-12   Filed 08/05/19   PageID.1863   Page 2 of 15

Craig Langbo                                    La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1                    UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF CALIFORNIA

 3

 4    LA JOLLA SPA MD INC.,

 5                    Plaintiff,        No. 3:17-cv-01124-MMA-WVG

 6           vs.

 7    AVIDAS PHARMACEUTICALS,
      LLC, a limited liability company;
 8    and DOES 1 through 10 inclusive,

 9                    Defendants,
      _____/
10

11

12    The Videotaped Deposition of CRAIG LANGBO,

13    Taken at 5404 Wayne Road, Battle Creek, Michigan,

14    Commencing at 11:00 a.m., Wednesday, March 27, 2019,

15    Before Melinda R. Womack, CSR3611.

16

17    Job No. 10053563

18

19

20

21

22

23

24

25
```

Case 3:17-cv-01124-MMA-WVG   Document 97-12   Filed 08/05/19   PageID.1864   Page 3 of 15

Craig Langbo                                            La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1   APPEARANCES:
 2
 3          MR. JAMES T. RYAN   SBN21051
 4          MS. DIANNE YORK (via teleconference)
 5          James T. Ryan, P.C.
 6          1110 Glenville Drive
 7          Suite 307
 8          Los Angeles, California  90035
 9          (310)990-2889
10          jr@jamestryan.com
11          Appearing on behalf of the Plaintiff.
12
13          MS. LEIGH MARGARET SCHULTZ   P71038
14          Miller Canfield Paddock & Stone PLC
15          277 S Rose Street
16          Suite 5000
17          Kalamazoo, Michigan   49007
18          (269)381-7030
19          schultzl@millercanfield.com
20          Appearing on behalf of the Defendant
21
22
23
24
25
```

Craig Langbo                                          La Jolla Spa MD vs. Avidas Pharmaceuticals

1  Battle Creek, Michigan
2  Wednesday, March 27, 2019
3  About 11:00 a.m.
4              VIDEOGRAPHER:  On the record.  This is the
5     videotaped deposition of Craig Langbo being taken in
6     Battle Creek, Michigan.  Today is March 27, 2019.  The
7     time on the record is approximately 10:59 a.m. Eastern
8     time.  At this time, will the attorneys please identify
9     themselves and affiliations, and then our court reporter
10    will swear in the witness.
11             MR. RYAN:  James Ryan for Plaintiff.
12             MS. SCHULTZ:  Leigh Schultz.  I represent
13    EPI Printers.
14             MR. RYAN:  We also have Dianne York who's
15    present on the phone for Plaintiff.
16                  CRAIG LANGBO,
17       having first been duly sworn, was examined and
18          testified on his oath as follows:
19  EXAMINATION BY MR. RYAN:
20  Q.    Please state and spell your name.
21  A.    Craig Langbo, C-R-A-I-G, L-A-N-G-B-O.
22  Q.    We're here today for the deposition of EPI Printers,
23        Inc., and you're appearing on behalf of that company to
24        testify today.  Do you understand that?
25  A.    Yes.

Craig Langbo                                    La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1      ask that you wait until I finish my question before you
 2      answer, and I'll do the same.  That way, we're not
 3      talking over each other, okay?
 4   A. Understand.
 5   Q. And your attorney is here.  She may have some
 6      opportunities to make objections.  The objections will
 7      be for the record and hopefully today we'll be able to
 8      go smoothly.  And if at any point in time you need to
 9      take a break, just let me know.
10   A. Very good.
11   Q. It's also important if you intend to answer yes, to say
12      yes, as opposed to shaking your head, because that can't
13      be taken down by the court reporter, okay?
14   A. Okay.
15   Q. What is EPI Printers, Inc.?  What does it do?
16   A. EPI Printers, Inc. is a marketing services company
17      offering printing, contract packaging fulfillment,
18      warehousing distribution services.
19   Q. You said contract packaging.  What does that mean?
20   A. Packaging other people's products.
21   Q. How long has it been in business?
22   A. 1959 is my understanding.
23   Q. Where is EPI Printers, Inc. located?
24   A. We are headquartered in Battle Creek, Michigan.  We have
25      printing facilities here in Battle Creek, Michigan and
```

Case 3:17-cv-01124-MMA-WVG   Document 97-12   Filed 08/05/19   PageID.1867   Page 6 of 15

Craig Langbo                                        La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1   A.   No.
 2   Q.   So the title you currently have was created for you?
 3   A.   Yes.
 4   Q.   What's your job responsibilities as the president of EPI
 5        Fulfillment today?
 6   A.   I oversee the operations for EPI Fulfillment.  My scope
 7        does not include sales, marketing, or account
 8        management.
 9   Q.   Can you describe what Fulfillment means in the context
10        of EPI's business operations?
11   A.   It means a number of things.  It includes a digital
12        printing operation.  It includes warehousing, pick and
13        pack order fulfillment, and some hand assembly services,
14        as well as some promotional fulfillment services that we
15        do, but we keep them a little bit separate.
16   Q.   What are hand assembly services?
17   A.   Hand assembly services would be anything that we decide
18        to assemble by hand because it's an application that we
19        don't have a piece of equipment readily available to do.
20   Q.   So for somebody who doesn't understand what applications
21        are in the hand assembly business, can you just
22        generally describe to a layperson what that means?  You,
23        created cartons for packaging.
24   A.   Would it be acceptable for me to give you an example?
25   Q.   Sure.
```

Craig Langbo                                          La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1   A.   Okay.  So an example would be if there was a specialized
 2        printed marketing piece that needs to be taped and
 3        assembled, fold one piece, fold another piece, apply a
 4        piece of tape to turn anything into anything else that
 5        we don't have a piece of equipment to do.  We have a
 6        hand assembly area that performs those types of
 7        services.
 8   Q.   And then you also have machines that can also assemble,
 9        depending on if it's the right type of fit for --
10   A.   In some cases, but predominantly those machines exist as
11        a part of EPI Printers, the part that I am not
12        responsible for in our packaging division, which is a
13        part of our printing division.
14   Q.   You mentioned something called pick and pack order
15        fulfillment.  What does that mean?
16   A.   It means that we can receive orders for products.  It
17        could be from a website.  It could be from any source.
18        And we have products that are in stock in inventory that
19        are pulled from the shelf, assembled into an order into
20        a box according to that order's specifications and
21        shipped to whomever they need to be shipped to.
22   Q.   Generally speaking, would it be like how Amazon works
23        where somebody places an order, they go and retrieve the
24        item from their inventory and they ship it out?
25   A.   That would be one example of the types of things that we
```

Case 3:17-cv-01124-MMA-WVG   Document 97-12   Filed 08/05/19   PageID.1869   Page 8 of 15

Craig Langbo                                               La Jolla Spa MD vs. Avidas Pharmaceuticals

1   Q.   Okay.  Category 12 asks for documents that reflect
2        financial records and accountings sent to SciDerma
3        Medical pertaining to sales or distribution of
4        Vitaphenol products.  Did you search for any records for
5        category 12?
6   A.   We did, and what we did is provided as a part of the
7        documentation requested.  Again, I don't believe that I
8        have anything related to the sales, unless they're in
9        the emails, but related to distribution of Vitaphenol
10       products, we provided the invoices for the services that
11       we supplied to Vitaphenol products in the process of
12       performing fulfillment.
13  Q.   So during the period of time that EPI had the inventory
14       of the Vitaphenol products, if a customer wanted to
15       order, let's say, one unit of a particular product, they
16       would go through the website, through the AmeriCommerce
17       website.  They would place an order.  EPI would pick,
18       pack, and ship that unit if it was in inventory,
19       correct?
20  A.   Yes.
21  Q.   Where would the sales information related to that
22       transaction go?  Would it go to EPI, or would EPI
23       strictly be involved in just fulfilling the order?
24  A.   We are certainly involved in fulfilling the order.
25       Where the sales information was sent, I can't speak

| | | |
|---|---|---|
| | Craig Langbo | La Jolla Spa MD vs. Avidas Pharmaceuticals |

```
 1   A.   Yes.
 2   Q.   Who would EPI invoice for those charges?
 3   A.   That would be on the invoices that we provided.  I don't
 4        know exactly customer numbers and things like that.  We
 5        provided you the invoices for the services that we did
 6        for the Vitaphenol products.
 7   Q.   So we've been talking about a company called SciDerma
 8        Medical.  Are you familiar with that company at all?
 9   A.   Very little, only to the extent that I know they were a
10        client.
11   Q.   Did you have any involvement with SciDerma prior to
12        2014?
13   A.   Not that I recall.
14   Q.   Are you aware of what business services EPI performed
15        for SciDerma?
16   A.   Only to the extent of the discovery process that we've
17        been going through and trying to be responsive to the
18        subpoena.
19   Q.   Why don't you generally describe what you understand EPI
20        services were for SciDerma?
21   A.   My understanding of EPI services are that we produced
22        packaging at their request.  Did some sort of
23        repackaging of products supplied by SciDerma into the
24        cartons that they asked us to produce.  But to be clear,
25        I had no personal involvement in that, so I'm not aware
```

Craig Langbo                                    La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1        of any of the details, Jim.  And then from there, my
 2        understanding is those package products were then placed
 3        into inventory at EPI Fulfillment where we then managed
 4        the inventory and shipped orders on behalf of SciDerma.
 5   Q.   You said that EPI managed the inventory of Vitaphenol
 6        products for SciDerma.  What does it mean to manage
 7        inventory in that regard?
 8   A.   As I previously testified, it involves receiving goods,
 9        putting them into our warehouse and holding them until
10        we receive an order or instructions to otherwise hold
11        them and ship them.
12   Q.   When did EPI start providing business services to
13        SciDerma?
14   A.   I don't have those dates.
15   Q.   They might be in the reports?
16   A.   I would expect that they would be in the reports.
17   Q.   All right.  So EPI had possession of inventory of
18        Vitaphenol products at some point in time, correct?
19   A.   Yes.
20   Q.   Do you know where the inventory of Vitaphenol products
21        came from that EPI received?
22   A.   No.
23   Q.   Where would you look to determine how many units of type
24        of Vitaphenol products were received by EPI?
25   A.   For the number of units that were received at EPI
```

Case 3:17-cv-01124-MMA-WVG   Document 97-12   Filed 08/05/19   PageID.1872   Page 11 of 15

Craig Langbo                                              La Jolla Spa MD vs. Avidas Pharmaceuticals

| | | |
|---|---|---|
| 1 | Q. | Yes. |
| 2 | A. | The last 002 transaction appears to have been on or |
| 3 | | around June 1st of 2014. |
| 4 | Q. | And for how many units? |
| 5 | A. | The summary of those 002 transactions is 120. |
| 6 | Q. | With respect to item VITA003 described as the oil-free |
| 7 | | antiaging serum, what is your understanding as to the |
| 8 | | last date and number of units that EPI shipped to |
| 9 | | fulfill orders? |
| 10 | A. | According to this, the last 002 transactions happened on |
| 11 | | or around May 1st of 2013 summarizing 29 units. |
| 12 | Q. | With respect to item VITA004 described as the |
| 13 | | cellustructure rejuvenating serum, what is your |
| 14 | | understanding as to the last time that EPI shipped |
| 15 | | products to fulfill an order and how many units? |
| 16 | A. | According to this, the last 002 transactions were on or |
| 17 | | around 6/28 of 2016.  I'm going to stop here.  This one |
| 18 | | here I believe because you can see that it's on June 28, |
| 19 | | I believe that this an order that happened after the |
| 20 | | archive process, so I think we're looking at this is I |
| 21 | | believe to be an actual transaction.  So I believe the |
| 22 | | last shipment against an order was for a quantity of one |
| 23 | | on or around 6/28 of 2016. |
| 24 | Q. | So the last time that you believed that EPI shipped a |
| 25 | | unit of VITA004 described as the cellustructure |

Craig Langbo                                    La Jolla Spa MD vs. Avidas Pharmaceuticals

1      rejuvenating serum was on June 28th of 2016, and that
2      would be for one unit, correct?
3  A.  Correct.  And -- yeah.  Correct.
4  Q.  With respect to item VITA005, which is described as
5      daily defense cream, what is your understanding as to
6      the last date that EPI filled an order for that item and
7      in what quantity?
8  A.  On or around July 1st, 2013, quantity of one, according
9      to this, the last 002 transaction.
10  Q.  Okay.  We also see with respect to this item a 001
11      transaction.  What is that transaction code?
12  A.  I don't know exactly what the description of that one
13      is.  When I see a code like that, it is very similar to
14      the one I previously described as a PI, so it is an
15      audit.
16  Q.  An audit of inventory?
17  A.  An audit or a manual adjustment of a quantity in
18      inventory.
19  Q.  With respect --
20  A.  In that case there, that 001 indicates to me that on 6/6
21      of '18, two items or two units of that particular item
22      were added to the inventory.
23  Q.  Pursuant to an audit.
24  A.  There's a per audit comment in here, but I can't speak
25      to exactly what was going on.

| Craig Langbo | La Jolla Spa MD vs. Avidas Pharmaceuticals |
|---|---|

```
 1   Q.   At least until that date?
 2   A.   So where that came from was, is my recollection of this
 3        is that I didn't have any ability to know when the
 4        AmeriCommerce site, but in an effort of trying to fill
 5        the request, I called back to our IT group.  I think I
 6        spoke with Bob Palermo, our IT director, and asked him
 7        if he could find anything, any clues as to the last time
 8        that we tried to communicate with that site, if that
 9        makes sense to you, and said that the IT log showed the
10        last trying to synch orders was on 11/1 of 2015.
11                 What I say here further is I think it was
12        still trying up until then, because we hadn't ended the
13        job.  When I say ended the job, it was -- it's an
14        electronic job that runs.  So it's automated.  It's an
15        electronic request that goes every night searching are
16        there orders there.  If there are, pull them in.  And I
17        think that that -- I think -- my guess is that the
18        AmeriCommerce site was long gone before that, but I
19        think that we never ended that job until then.  So up
20        until that point, it was probably going out and trying
21        to pull orders and just not getting anything.
22   Q.   Your email to Bill Guzy you indicate that the last order
23        that EPI shipped was on June 28 of 2016.  We saw that
24        previously in connection with the --
25   A.   Yes.  I'm familiar.
```

Craig Langbo                                            La Jolla Spa MD vs. Avidas Pharmaceuticals

1  Q.  Inventory transaction history report, correct?
2  A.  Yes.  I would expect if you went and looked at your
3      inventory transaction reports, that you would find the
4      two different items.  And because that one was not
5      archived, if you recall indicated to you that this one
6      is a real transaction, it was not archived, I could
7      actually pull up that one each of two items went to a
8      Kelly Berkowitz in Lemont, Illinois.  That name doesn't
9      mean anything to me other than that.
10              DEPOSITION EXHIBIT NUMBER 42
11              WAS MARKED FOR IDENTIFICATION
12 Q.  Next, I'm going to mark as Exhibit 42 a collection of
13     documents that were produced by EPI in connection with
14     the subpoena.  Take a look at Exhibit 42 and let me know
15     if you recognize generally what these documents are.
16 A.  So under the Request for Production in the subpoena,
17     number 3, all documents that refer to repackaging,
18     relabeling Vitaphenol products including without
19     limitation the dates and repackaging and relabeling
20     occurred and images of the same.  I logged into our
21     system and looked for anything that would, in the effort
22     of trying to fill your request, I was looking for dates
23     where -- so start by saying that this is a part of the
24     business I'm not responsible for, but I do have access
25     to the system.  So in the process of trying to fill your

Case 3:17-cv-01124-MMA-WVG   Document 97-12   Filed 08/05/19   PageID.1876   Page 15 of 15

Craig Langbo                                La Jolla Spa MD vs. Avidas Pharmaceuticals

```
 1                      CERTIFICATE OF NOTARY

 2

 3   STATE OF MICHIGAN  )

 4                      )  SS

 5   COUNTY OF OAKLAND  )

 6

 7            I, Melinda R. Womack, Certified Shorthand

 8   Reporter, a Notary Public in and for the above county

 9   and state, do hereby certify that the above deposition

10   was taken before me at the time and place hereinbefore

11   set forth; that the witness was by me first duly sworn

12   to testify to the truth, and nothing but the truth, that

13   the foregoing questions asked and answers made by the

14   witness were duly recorded by me stenographically and

15   reduced to computer transcription; that this is a true,

16   full and correct transcript of my stenographic notes so

17   taken; and that I am not related to, nor of counsel to

18   either party nor interested in the event of this cause.

19         Further, that if the foregoing pertains to

20   the original transcript of a deposition in a federal

21   case, before completion of the proceedings, review of
     the transcript [   ] was [ X ] was not requested.
22
                                  _____
23                                Melinda R. Womack, CSR-3611

24                                Notary Public,
                                  Oakland County, Michigan
25   My Commission expires:  06-22-2025
```