**EXHIBIT 9**

# DECLARATION OF AMERICOMMERCE, LLC. CUSTODIAN OF RECORDS

I, __Jack Gravy__, declare as follows:

1. I am a duly authorized custodian of records for or am otherwise qualified as a result of my employment with Americommerce, LLC. (located at 350 Pine Street, Suite 1650, Beaumont, TX 77701) to make this declaration. In that capacity, I have knowledge of the record-keeping systems of Americommerce, LLC. and the procedures under which the records were created. I have knowledge of the facts set forth herein and could and would testify to those facts fully and truthfully if called and sworn as a witness. I am authorized to make this declaration.

2. I hereby certify that the records produced by Americommerce, LLC. in response to the subpoena served on Americommerce, LLC. by La Jolla Spa MD, Inc. dated April 1, 2019 are true and accurate copies of Americommerce, LLC.'s records that are responsive to the subpoena. These records were made at or near the time by, or from information transmitted by, a person with knowledge of the matters contained in the record. The records are and were kept in the course of Americommerce, LLC.'s regularly conducted business activity and are relied upon by Americommerce, LLC. in the performance of its business functions. Additionally, the records were made as a regular practice of the regularly conducted activity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Beaumont, Texas on April 24, 2019.



## 📁 #158051 Stopped pending deletion - vitaphenol - Cancellation

| | | |
|---|---|---|
| **Submitted** | **Received via** | **Requester** |
| May 16, 2017, 10:48 AM | Mail | J Davis <j_davis@epiinc.com> |

| Status | Type | Due date | Priority | Group | Assignee |
|---|---|---|---|---|---|
| Closed | Task | June 11, 2017 | Normal | IT | Systems Operations |

| Workflow Step | Internal Status | Accounting Issue Type | Client Type | Survey Sent |
|---|---|---|---|---|
| Complete | In Support | Cancellations | Customer | Yes |
| **Total time spent (sec)** | **Time spent last update (sec)** | **Cancellation Issue Type** | | |
| 1321 | 46 | Business Reasons | | |

**J Davis**  May 16, 2017, 10:48 AM

Owner: Jennifer Davis
Company Name: EPI Marketing Services
Email: j_davis@epiinc.com
Stores to Cancel: Vitaphenol (vitaphenol.americommerce.com)
Effective: 5/16/2017
Reason: Site is no longer in use

User Info: acsupport:2

---

**Placeholder Sales #1**  May 16, 2017, 10:53 AM                                    *Internal note*

cancel them

---

**Accounting**  May 26, 2017, 5:45 PM

Accounting has completed processing your cancellation request. I've assigned this to have your store(s) shut off and later deleted.
If you need to make your store(s) inaccessible before such time, do one of the following:

1. Log into your administration console.
   Navigate to Themes.
   Click on New at the top right.
   Click on page 4 and click the Under Construction theme (3rd row, far right).
   Click install.
   Activate on the store(s) you want to make inaccessible.
   You can modify the theme to change wording and look.

2. You can point web traffic to a new host or different resource of your choosing so that web traffic no longer goes to your Spark Pay online store.

---

**Systems Operations**  June 1, 2017, 12:42 PM

I've stopped the Spark Pay online store site http://vitaphenol.americommerce.com as part of the site cancellation process. The site will remain stopped for approximately 10 days and then will be deleted on Sunday, June 11, 2017. Once two weeks have past the date the site is deleted which would be Sunday, June 25, 2017 it cannot be recreated from backups. Should you change course and reverse the cancellation a reinstatement fee of $0 will be assessed if this occurs before the site is deleted on Sunday, June 11, 2017. A reinstatement fee of $150 will be assessed if the request to reverse the cancellation occurs after the site is deleted up to the point in which it cannot be recreated from backups.

To reverse the cancellation either respond to this task ticket or call accounting at 800-936-9006 option 5 and reference this ticket number.

If you want the site deleted before Sunday, June 11, 2017 please let us know here in the ticket. The two week reinstatement window would begin at the time the site is deleted.

Support Software by **Zendesk**