**EXHIBIT 10**



Joe Kuchta <jkuchta@sandbox.com>

---

# Update
7 messages

---

**Margie Gardner-Hunt** <margiegardner@avidaspharma.com>  Fri, Jul 18, 2014 at 7:22 AM
To: Joe Kuchta <jkuchta@gacommunication.com>, Mark Goble <mgoble@gacommunication.com>
Cc: Cathy Metzler <cmetzler@gacommunication.com>

Joe/Mark,

Can you send the sales information from this May transaction please.

Can we set up a quick call on Monday to discuss the inventory sell off.

Thanks,

Margie

Begin forwarded message:

> **From:** Margie Gardner-Hunt <margiegardner@avidaspharma.com>
> **Subject: Fwd: Order**
> **Date:** June 19, 2014 at 9:15:41 PM EDT
> **To:** Cathy Metzler <cmetzler@gacommunication.com>
> **Cc:** Joe Kuchta <jkuchta@gacommunication.com>
>
> Cathy,
>
> Can you send to me the sales related to this transaction.
>
> Many thanks,
>
> Margie
>
> Begin forwarded message:
>
>> **From:** Joe Kuchta <jkuchta@gacommunication.com>
>> **Subject: Re: Order**
>> **Date:** May 9, 2014 at 9:06:44 AM EDT
>> **To:** Margie Gardner-Hunt <margiegardner@avidaspharma.com>
>> **Cc:** Cathy Metzler <cmetzler@gacommunication.com>
>>
>> Thanks Margie. We'll take care of it.
>>
>> Joe Kuchta
>> CEO
>>
>> GA Communication Group
>> Chicago/San Diego USA
>> Office: +1-312-803-1900
>>
>> On Fri, May 9, 2014 at 7:29 AM, Margie Gardner-Hunt <margiegardner@avidaspharma.com> wrote:
>>> Joe -



EXHIBIT 8

Kim would like to order 120 of the Vitaphenol toner.   I have copied her on the email so that you can work out the credit card/ payment terms with Kim directly.

Thanks

Margie

Begin forwarded message:

> **From:** "Kim Brown" <kbrown@lmgdoctors.com>
> **Subject: RE: Order**
> **Date:** May 9, 2014 at 8:05:11 AM EDT
> **To:** "Margie Gardner-Hunt" <margiegardner@avidaspharma.com>
>
> Margie,
>
> OH NO!  That is my favorite product…. Can I go ahead and order 120?
>
> Thanks,
>
> Kim
>
> ---
>
> **From:** Margie Gardner-Hunt [mailto:margiegardner@avidaspharma.com]
> **Sent:** Thursday, May 08, 2014 6:56 PM
> **To:** Kim Brown
> **Cc:** Joe Kuchta; Sharon Fleming
> **Subject:** Fwd: Order
>
> Hi Kim,
>
> We are discontinuing the Vitaphenol line and now through the next two months will be offering an additional 20% discount and extended payment terms off the professional price.
>
> Please reply all if you are interested in ordering Vitaphenol for your clients before our stock runs out.
>
> Many thanks,
>
> Margie
>
> Margie Gardner
> President
> Avidas Pharmaceuticals LLC
> 196 West Ashland Street
> Doylestown, PA  18901
> www.avidaspharma.com
> Phone:  215-852-7488
>
> The e-mail and any attachments are strictly private and confidential and may contain proprietary or legally privileged information.  This e-mail is intended solely for the person or organization to whom it is addressed.  If you are not the intended recipient, please contact the sender immediately and

delete the message and attachments. It may contain confidential and legally privileged information and it is prohibited and may be illegal to copy it, disclose its contents to others, distribute it, or use for any other purpose.

We run anti-virus software but we can not accept any liability for any damage sustained as a result of software viruses and would advise that you carry out your own virus checks before opening any attachments.

Begin forwarded message:

---

**Joe Kuchta** <jkuchta@sandboxww.com>  
To: Margie Gardner-Hunt <margiegardner@avidaspharma.com>

Tue, Jul 22, 2014 at 2:53 PM

Hi Margie.

Can we talk Thursday morning, say 8:00 AM CST/9:00 EST?

I do have a couple of questions for you as well as can give you an update on the inventory, etc.

Let me know if you think that would work...

Joe Kuchta  
CEO

GA Communication Group  
Chicago/San Diego USA  
Office: +1-312-803-1900

[Quoted text hidden]

---

**Margie Gardner-Hunt** <margiegardner@avidaspharma.com>  
To: Joe Kuchta <jkuchta@gacommunication.com>

Tue, Jul 22, 2014 at 6:18 PM

Joe

Thirsday 9 am est works for me. Do you want to just call my cell?

Thanks

Sent from my iPhone  
[Quoted text hidden]

---

**Joe Kuchta** <jkuchta@sandboxww.com>  
To: Margie Gardner-Hunt <margiegardner@avidaspharma.com>

Thu, Jul 24, 2014 at 7:55 AM

Our most recent [and only] order...

Joe Kuchta
CEO

**GA Communication Group**
Chicago/San Diego USA
Office: +1-312-803-1900

[Quoted text hidden]

 **Vitaphenol Orders June 2014.xlsx**
9K

---

**Margie Gardner-Hunt** <margiegardner@avidaspharma.com>   Thu, Jul 24, 2014 at 8:53 AM
To: Joe Kuchta <jkuchta@gacommunication.com>
Cc: Mark Goble <mgoble@gacommunication.com>

Hi Joe,

Thanks. As you know, the termination of the Licensing and Distribution contract between Avidas and SciDerma was December 31,2013 followed by the termination of the contract between Avidas and LaJolla Spa MD which was effective July 11, 2014.

The outstanding items for the Avidas and SciDerma are the sale of the finished goods inventory and related royalty and the Harmony inventory of outstanding components. In terms of the vitaphenol.com website, please advise if anything is needed on your end as we will be "turning this off" in the next few days.

I would appreciate if you can continue to provide a monthly statement (email) to confirm sales or no sales of the inventory.

In terms of a potential licensor or marketing partner for Vitaphenol, all Trademark and Know-how rights have reverted back to LaJolla Spa. The contact for LaJolla Spa, MD is as follows:

Dianne York
LaJolla Spa MD
7660 Fay Avenue
Ste H-168
La Jolla, CA  92037
619-507-3779
www.dygcosmetics.com

I'm hopeful that the Groupon deal comes through so we can put this behind us.

Best,

Margie
Margie Gardner
President
Avidas Pharmaceuticals LLC
196 West Ashland Street
Doylestown, PA  18901
www.avidaspharma.com
Phone:  215-852-7488

The e-mail and any attachments are strictly private and confidential and may contain proprietary or legally privileged information. This e-mail is intended solely for the person or organization to whom it is addressed. If you are not the intended recipient, please contact the sender immediately and delete the message and attachments. It may contain confidential and legally privileged information and it is prohibited and may be illegal to copy it, disclose its contents to others, distribute it, or use for any other purpose.

We run anti-virus software but we can not accept any liability for any damage sustained as a result of software viruses and would advise that you carry out your own virus checks before opening any attachments.

[Quoted text hidden]

[Quoted text hidden]
<Vitaphenol Orders June 2014.xlsx>

---

**Joe Kuchta** <jkuchta@sandboxww.com>  Fri, Jul 25, 2014 at 8:11 AM
To: Doug Neale <jcdoug@mac.com>

In prep for our chat later this morning...

Joe Kuchta
CEO

GA Communication Group
Chicago/San Diego USA
Office: +1-312-803-1900

[Quoted text hidden]

---

**Douglas Neale** <jcdoug@mac.com>  Fri, Jul 25, 2014 at 10:50 AM
To: Joe Kuchta <jkuchta@gacommunication.com>

That's screwed up. Joe sorry I misread the email I thought you said 11:00. I'm a little crazy cause of this move. You av

Sent from my iPhone
[Quoted text hidden]

| Root Category | Order Status | Items Sold | SubTotal | Costs | Shipping | Tax | Handling | Fees | Discounts | Line Items | Orders |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tone | Shipped | 120 | 2172 | 1257.6 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |