**EXHIBIT 11**

Our most recent [and only] order...

Joe Kuchta
CEO

**GA Communication Group**
Chicago/San Diego USA
Office: +1-312-803-1900

[Quoted text hidden]

 **Vitaphenol Orders June 2014.xlsx**
9K

---

**Margie Gardner-Hunt** <margiegardner@avidaspharma.com>      Thu, Jul 24, 2014 at 8:53 AM
To: Joe Kuchta <jkuchta@gacommunication.com>
Cc: Mark Goble <mgoble@gacommunication.com>

Hi Joe,

Thanks. As you know, the termination of the Licensing and Distribution contract between Avidas and SciDerma was December 31,2013 followed by the termination of the contract between Avidas and LaJolla Spa MD which was effective July 11, 2014.

The outstanding items for the Avidas and SciDerma are the sale of the finished goods inventory and related royalty and the Harmony inventory of outstanding components. In terms of the vitaphenol.com website, please advise if anything is needed on your end as we will be "turning this off" in the next few days.

I would appreciate if you can continue to provide a monthly statement (email) to confirm sales or no sales of the inventory.

In terms of a potential licensor or marketing partner for Vitaphenol, all Trademark and Know-how rights have reverted back to LaJolla Spa. The contact for LaJolla Spa, MD is as follows:

Dianne York
LaJolla Spa MD
7660 Fay Avenue
Ste H-168
La Jolla, CA  92037
619-507-3779
www.dygcosmetics.com

I'm hopeful that the Groupon deal comes through so we can put this behind us.

Best,

Margie
Margie Gardner
President
Avidas Pharmaceuticals LLC
196 West Ashland Street
Doylestown, PA  18901
www.avidaspharma.com
Phone:  215-852-7488

The e-mail and any attachments are strictly private and confidential and may contain proprietary or legally privileged information. This e-mail is intended solely for the person or organization to whom it is addressed. If you are not the intended recipient, please contact the sender immediately and delete the message and attachments. It may contain confidential and legally privileged information and it is prohibited and may be illegal to copy it, disclose its contents to others, distribute it, or use for any other purpose.

We run anti-virus software but we can not accept any liability for any damage sustained as a result of software viruses and would advise that you carry out your own virus checks before opening any attachments.