James T. Ryan, Esq. (SBN 210515)
JAMES T. RYAN, P.C.
1110 Glenville Dr. # 307
Los Angeles, California 90035
Tel:  310.990.2889
Email:  jr@jamestryan.com

For Plaintiff LA JOLLA SPA MD, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD INC.,<br><br>　　　Plaintiff,<br>　　　　　vs.<br><br>AVIDAS PHARMACEUTICALS, LLC, a limited liability company; and DOES 1 through 10 inclusive,<br><br>　　　Defendants. | CASE NO. 17-cv-1124-MMA (WVG)<br><br>NOTICE OF JULIE CHOVANES' FAILURE TO COMPLY WITH COURT'S ORDER GRANTING PLAINTIFF'S MOTION FOR SANCTIONS [Doc. No. 103]<br><br>Judge:  Hon. William V. Gallo |

1    TO THE COURT AND DEFENDANT AND ITS COUNSEL:

2    PLEASE TAKE NOTICE that Julie Chovanes has failed to comply with the Court's Order Granting Plaintiff's Motion for Sanctions, including failing to pay the monetary sanctions awarded and failing to file a declaration on or before October 1, 2019 confirming compliance with the Order.[1] [Doc. No. 103.] The filing of an objection to a Magistrate Judge's order does not automatically stay the obligations under that order. *See White v. Burt Enterprises*, 200 F.R.D. 641, 642–43 (D.Col.2000) (filing of Rule 72(a) objections did not relieve defendant of its obligation to comply with the discovery orders), citing *Litton Industries, Inc. v. Lehman Brothers Kuhn Loeb Inc.*, 124 F.R.D. 75, 79 (S.D.N.Y.1989).

Dated: October 10, 2019                    **JAMES T. RYAN, P.C.**

                                           By  *s/ James T. Ryan*
                                           James T. Ryan, Attorney for Plaintiff

---

[1] It is unclear whether Ms. Chovanes self-reported as ordered, but, one can assume that she did not given her failure to file the declaration confirming compliance.