# UNITED STATES DISTRICT COURT

Southern **District of** California

La Jolla Spa MD, Inc.
    Plaintiff (s),
V.
Avidas Pharmaceuticals, LLC
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 17cv1124-MMA (WVG)

Notice is hereby given that, subject to approval by the court, **Plaintiff La Jolla Spa MD, Inc.** substitutes
(Party (s) Name)

**Valerie Garcia Hong**, State Bar No. **239755** as counsel of record in
(Name of New Attorney)

place of **James T. Ryan**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Garcia Hong Law |
| Address: | 600 B Street, Suite 2250, San Diego, California 92101 |
| Telephone: | (858) 255-0163   Facsimile (858) 724-1438 |
| E-Mail (Optional): | valerie@garciahonglaw.com |

I consent to the above substitution.
Date: 02/13/20

*(Signature of Party (s))*

I consent to being substituted.
Date: 2/13/20

James T. Ryan
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 2/13/2020

*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/13/2020

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]