# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA JOLLA SPA MD, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVIDAS PHARMACEUTICALS, LLC, <br><br> Defendant. | Case No. 17-cv-1124-MMA (WVG) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 132] |

La Jolla Spa MD, Inc. and Avidas Pharmaceuticals, LLC move to dismiss this action with prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). *See* Doc. No. 132. Good cause appearing, the Court **GRANTS** the parties' joint motion and **DISMISSES** this action in its entirety **with prejudice**. Each party must bear its own costs and attorneys' fees. The Court **ORDERS** the Clerk of Court to terminate this action.[1]

**IT IS SO ORDERED**.

Dated: March 9, 2019

Hon. Michael M. Anello
United States District Judge

---

[1] The Court declines to retain jurisdiction over this action for purposes of enforcing the parties' privately negotiated settlement agreement. To the extent the parties seek a judgment against Defendant's former counsel, Julie Chovanes, the Court cannot enter judgment against her because she is not a party before the Court. However, this Order does not interfere with the Court's ancillary jurisdiction to use its inherent contempt power to effectuate its previous sanctions order against Chovanes. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 379–80 (1994); *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 396 (1990); *Colaprico v. Sun Microsystems, Inc.*, No. CIV. 90-20610 SW, 1994 WL 514029, at *2 (N.D. Cal. Aug. 22, 1994). To the extent the parties seek a contempt award against Chovanes, they have not properly moved for such.